Case: 2:22-cv-13036
Judge: Steeh, George Caram
MJ: Grey, Jonathan J.C.
Filed: 12-15-2022 At 10:52 AM
CMP SEAN HOUSTON V US DEPT OF JUSTICE ET AL (SS)

district court of the Unite
eastern district of M

| | |
|---|---|
| houston, lasean dejong, *Moor beneficiary* | § the united states of america |
| SEAN HOUSTON-*EL* FOUNDATION TRUST | § Exclusive Equity |
| a *People called Moors, aboriginal illinoisan national,* | § *Treaty of Marrakech 1786.* |
| *and Subject of the Al Maroc Shereefian Empire* | § *ARTICLE XXI.* |
| | § *Treaty of Marrakech 1836* |
| and | § *ARTICLE XXI.* |
| | § |
| davenport, romaine kritini, *Mooress beneficiary* | § |
| ROMAINE KRITINI DAVENPORT TRUST | § *Treaty of Tunis 1824* |
| a *private Moor aboriginal virginian national,* | § *ARTICLE XII.* |
| *and Subject of the Al Maroc Shereefian Empire* | § |
| *Complainant(s)* | § *1789 constitution for the united states* |
| | § *of america in congress assembled,* |
| -v- | § *Article III, §2§§1,* |
| | § |
| *fiduciary/Defendant(s)* | § the *Judiciary Act of 1789* 1 stat 73 |
| | § *§8., §9., §11., §19., §20, §25, §26.,* |
| garland, merrick brian d/b/a | § |
| MERRICK GARLAND | § **BILL IN EQUITY** |
| *attorney general* et al., heirs and assigns, | § |
| **Department of Justice of the United States** | § ***Speciali Causa* (Petition)** |
| | § **to Proceed *Ex Parte*** |
| yellen, janet louise d/b/a JANET LOUISE YELLEN | § |
| *secretary of the treasury* et al., heirs and assigns, | § **Cause:** |
| **Department of the Treasury of the United States** | § |
| | § |
| haaland, debra anne d/b/a DEBRA ANNE HAALAND | § To: Chief Judge Denise Page Hood |
| *secretary of the interior* et al., heirs and assigns, | § |
| **Department of the Interior of the United States** | § c/o district court of the united states for |
| | § eastern district of Michigan |
| blinken, antony john d/b/a ANTONY BLINKEN | § Theodore Levin U.S. Courthouse |
| *secretary of state* et al., heirs and assigns, | § 231 W Lafayette Blvd., Room 701 |
| **Department of State of the United States** | § Detroit, Michigan near. [48226] |
| | § |
| | § Priority Mail |
| kijakazi, kilolo d/b/a KILOLO KIJAKAZI | § |
| *commissioner* et al., heirs and assigns, | § Private, Special Deposit, Privileged |
| **Social Security Administration of the United States** | § |
| | § |

rettig, charles paul d/b/a CHARLES PAUL RETTIG
*commissioner*, et al., heirs and assigns,
**internal revenue**

miller, duane r d/b/a
MAJOR GENERAL DUANE R. MILLER
*provost marshal general* et al., heirs and assigns,
**Department of the Army of the United States**

cardona, miguel angel d/b/a
MIGUEL CARDONA
*secretary of education* et al., heirs and assigns,
**Department of Education of the United States**

mayorkas, alejandro nicholas d/b/a
ALEJANDRO MAYORKAS
*secretary of homeland security* et al., heirs and assigns,
**Department of Homeland Security of the United Stat**

nessel, dana m d/b/a DANA NESSEL
*attorney general* et al., heirs and assigns,
**Attorney General of Michigan**

brown, lisa d/b/a LISA BROWN
*clerk/register of deeds* et al., heirs and assigns,
**Oakland County Michigan**

benson, jocelyn d/b/a JOCELYN BENSON
*secretary of state* et al., heirs and assigns,
**Department of State of Michigan**

yarbrough, karen a d/b/a KAREN A. YARBROUGH
*cook county clerk/recorder of deeds* et al., heirs and assi
**Cook County Michigan**

raoul, kwame y d/b/a KWAME RAOUL
*attorney general* et al., heirs and assigns,
**Attorney General of Illinois**

pritzker, jay robert, d/b/a J.B. PRITZKER
*governor* el al., heirs and assigns,
**Governor of Illinois**

smith, marc d d/b/a MARC D. SMITH
*director* et al., heirs and assigns
**Department of Children and Family Services**
**Illinois**

§
§
§ Special Term, without General
§ without Statutes, without (FCRP)
§ Federal Rules of Civil Procedure
§ without (FRAP)
§ Federal Rules of Appellate Procedure
§ without Sixth Circuit Rules et al.,
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

*SPECIALI CAUSA LIBELLUS*

redfield, larrisa d/b/a LARRISA REDFIELD
*supervisor* et al.,  heirs and assigns,
**Lutheran Social Services of Illinois**

brenner, douglas a d/b/a DOUGLAS BRENNER
*chief executive officer* et al., heirs and assigns,
**Brenner Oil Company**

mcmillen, phyllis c d/b/a PHYLLIS MCMILLEN
*circuit court judge* et al., heirs and assigns,
**judicial circuit court, Oakland County**

doss, krystina rose d/b/a
KRYSTINA R. DOSS (P77365)
*attorney* et al., heirs and assigns,
**CHRISTOPHER TRAINOR & ASSOCIATES**

trainor, christopher j d/b/a
CHRISTOPHER J. TRAINOR (P42449)
*attorney* et al., heirs and assigns,
**CHRISTOPHER TRAINOR & ASSOCIATES**

wickerham anthony m d/b/a
ANTHONY M. WICKERSHAM
*sheriff* et al., heirs and assigns,
**Macomb County Sheriff**

bouchard, michael j, d/b/a
**Michael J. Bouchard**
sheriff et al., heirs and assigns,
**Oakland County Sheriff Office**

high, melvin d/b/a  MELVIN C. HIGH
*sheriff,* et al., heirs and assigns
**Prince George's County Sheriff**

contee, robert j III d/b/a Robert J. Contee III
*executive/chief of police* et al., heirs and assigns
**Metropolitan Police Department**

chmura, john michael d/b/a
John M. CHMURA
*chief judge* et al., heirs and assigns,
**37th district court Warren, Macomb county**

gattari-ross, annette d/b/a
ANNETTE GATTARI-ROSS
*court administrator/magistrate* et al., heirs and assigns,
**37th district court Warren, Macomb county**

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

*SPECIALI CAUSA LIBELLUS*

wittenberg, robert s d/b/a                                  §
ROBERT S. WITTENBERG                                        §
*oakland county treasurer* et al., heirs and assigns,      §
**Oakland County Treasurer**                               §
                                                           §
roosen, richard g d/b/a Richard G. Roosen                  §
varchetti, paul e d/b/a Paul E. Varchetti                  §
olivier, lynn m d/b/a Lynn M. Olivier                      §
*attorney* et al., heirs and assigns,                      §
**Roosen, Rachetti Olivier, PLLC**                         §
                                                           §
nicholson, julie a d/b/a **Hon. Julie A. Nicholson**       §
*chief judge*, et al., heirs and assigns,                  §
**52ⁿᵈ JUDICIAL DISTRICT COURT-DIVISION 3**                §
**Rochester, Oakland county**                              §
                                                           §
basha, kimberlee d/b/a Kimberlee Basha                     §
*executive principle* et al., heirs and assigns,           §
**AUTOVEST, LLC**                                          §
                                                           §
moore, thomas a jr d/b/a Tommy Moore Jr.                   §
*chief executive officer* et al., heirs and assigns,       §
**First Investors Financial Services**                     §
                                                           §
collins, walter d/b/a Walt Collins                         §
*chief executive officer* et al., heirs and assigns,       §
**Collins Asset Group LLC**                                §
                                                           §
shepherd, charles m d/b/a CHARLES M. SHEPHERD              §
*sole member, et al., heirs and assigns,*                  §
**SHEPHERD PROPERTIES, LLC.,**                             §
                                                           §
williams, pernell james et al.,                            §
Pernell James Williams Estate et al.,                      §
PERNELL JAMES WILLIAMS et al.,                             §
                                                           §
                                                           §
                    ***Relators*** (Necessary Parties)     §
                                                           §
LaSean DeJong Houston Estate et al.,                       §
LASEAN DEJONG HOUSTON et al.,                              §
                                                           §
houston, kimberly denise et al.,                           §
Kimberly Denise Ellsworth Estate et al.,                   §
KIMBERLY DENISE ELLSWORTH et al.,                          §
Kimberly Denise Houston Estate et al.,                     §
KIMBERLY DENISE HOUSTON et al.,                            §
                                                           §

houston, kayla renee et al.,                                          §
Kayla Renee Houston Estate et al.,                                   §
KAYLA RENEE HOUSTON et al.,                                          §
                                                                     §
houston, skylar isaac et al.,                                        §
Skyler Isaac Houston Estate et al.,                                  §
SKYLER ISAAC HOUSTON et al.,                                         §
                                                                     §
houston, terajai armond et al.,                                      §
Terajai Armond Houston Estate et al.,                                §
TERAJAI ARMOND HOUSTON et al.,                                       §
                                                                     §
houston, izoha monea et al.,                                         §
Izoha Monea Houston Estate et al.,                                   §
IZOHA MONEA HOUSTON et al.,                                          §
                                                                     §
tucker, amari amir et al.,                                           §
Amari Amir Tucker Estate et al.,                                     §
AMARI AMIR TUCKER et al.,                                            §
                                                                     §
ware, aidan antrell et al.,                                          §
Aidan Antrell Ware Estate et al.,                                    §
AIDAN ANTRELL WARE et al.,                                           §
                                                                     §
houston, symone monique et al.,                                      §
Symone Monique Houston Estate et al.,                                §
SYMONE MONIQUE HOUSTON et al,                                        §
                                                                     §
houston, etoi et al.,                                                §
Etor Houston Estate et al.,                                          §
ETOI HOUSTON et al.,                                                 §
                                                                     §
davenport, john harry, el al.,                                       §
John Harry Davenport Estate et al.,                                  §
JOHN HARRY DAVENPORT et al.,                                         §
                                                                     §
murphy, felicia daneen davenport et al,                              §
Felicia Deneen Davenport Estate et al.,                              §
FELICIA DENEEN DAVENPORT MURPHY et al.,                              §
                                                                     §
cleveland, cynthia sadia davenport et al.,                           §
Cynthia Sadia Davenport Cleveland Estate et al.,                     §
CYNTHIA SADIA DAVENPORT CLEVELAND et al.,§
                                                                     §

*SPECIALI CAUSA LIBELLUS*

| | |
|---|---|
| murphy, durrell curtis et al., | § |
| Durrell Curtis Murphy Estate et al., | § |
| DURRELL CURTIS MURPHY et al., | § |
| | § |
| murphy, sydni johnae et al., | § |
| Sydni Johnae Murphy Estate et al., | § |
| SYDNI JOHNAE MURPHY et al., | § |
| | § |
| noble, marlei johnae et al., | § |
| Marlei Johnae Noble Estate et al., | § |
| MARLEI JOHNAE NOBLE et al., | § |
| | § |
| hobson, kirtner dubois et al., | § |
| Kirtner Dubois Hobson Estate et al., | § |
| KIRTNER DUBOIS HOBSON et al., | § |
| | § |
| hobson, marcus dubois et al., | § |
| Marcus Dubois Hobson Estate et al., | § |
| MARCUS DUBOIS HOBSON et al., | § |
| | § |
| Romaine Kritini Davenport Estate et al., | § |
| ROMAINE KRITINI ALIAH MORGAN-HOBSON DAVENPORT EL et al, | |
| | § |
| bostick, omari qamar ibn em | § |
| Omari Qamar Ibn e.m. Bostick Estate et al., | § |
| OMARI QAMAR IBN BOSTICK-DAVENPORT-EL et al., | |

(All other parties named in the initial complaint, *relators*, are materially interested, either legally or beneficially, in the subject-matter of this suit, are too numerous to be all brought before the Court, and as such, petitioners are *sui juris* and suing in behalf of their entire class as a People called Moor/beneficiaries so that they may come in under the decree and take the benefit of it.)

===========================================================================

# Complainant(s)

houston, lasean dejong, *Moor beneficiary*
c/o 3079 S Baldwin Rd
Lake Orion, Michigan RFD [48359]
(248)981-5175
shouston48342@yahoo.com
*Al Maroc Shereefian Empire*

SEAN HOUSTON-*EL* FOUNDATION TRUST
c/o 1098 Ann Arbor Rd
Plymouth, Michigan RFD near [48170]
*Al Maroc Shereefian Empire*

davenport, romaine kritini, Mooress beneficiary
c/o 2805 Terrace Rd SE
Washington [DC], Virginia RFD [20020]
(202)575-5222
adavenportel444@gmail.com
*Al Maroc Shereefian Empire*

ROMAINE KRITINI DAVENPORT TRUST
c/o 3079 S Baldwin Rd 1006
Lake Orion, Michigan RFD [48359]
houstonel1800@gmail.com
*Al Maroc Shereefian Empire*

## Fiduciary/Defendant(s)

haaland, debra anne d/b/a
Debra Anne Haaland
*secretary of the interior* et al., heirs and assigns
**Department of the Interior of the United States**
1849 C Street NW
Washington, District of Columbia [20240]

garland, merrick brian d/b/a
MERRICK GARLAND
*attorney general* et al., heirs and assigns
**Department of Justice of the United State**
950 Pennsylvania Avenue, NW
Washington, District of Columbia [20530]

kijakazi, kilolo d/b/a
Kilolo Kijakazi
*commissione*r et al., heirs and assigns
**Social Security Administration of the United States**
6401 Security Blvd.
Woodlawn, Maryland [21235]

rettig, charles paul d/b/a
CHARLES PAUL RETTIG
*commissioner*, et al., heirs and assigns
**internal revenue**
1111 Constitution Ave., NW.
Washington, District of Columbia [20224]

yellen, janet louise d/b/a
JANET LOUISE YELLEN
*secretary of the treasury* et al.,
**Department of the Treasury of the United States**
1500 Pennsylvania Avenue NW
Washington, District of Columbia [20220]

yarbrough, karen a d/b/a
KAREN A. YARBROUGH
*cook county clerk/recorder of deeds* et al.,
**Cook County Clerk/Recorder of Deeds**
69 West Washington Street Ste 500
Chicago, Illinois [60602]

miller, duane r d/b/a
MAJOR GENERAL DUANE R. MILLER
*provost marshal general* et al.,
**Department of the Army of the United States**
Pentagon Building
Washington, District of Columbia [22202]

pritzker, jay robert d/b/a
J.B. PRITZKER
*governor* et al., heirs and assigns
**Governor of Illinois**
207 State House
Springfield, Illinois [62706]

mayorkas, alejandro nicholas d/b/a
Alejandro Mayorkas
*secretary of homeland security* et al.,
**Department of Homeland Security**
2707 Martin Luther King Jr Ave SE
Washington, District of Columbia [20528]

nessel, dana d/b/a
DANA NESSEL
*attorney general* et al., heirs and assigns
**Attorney General of Michigan**
525 W. Ottawa St., 7th Floor
Lansing, Michigan [48933]

brown, lisa d/b/a
LISA BROWN
*clerk/register of deeds* et al., heirs and assigns
**Oakland County Clerk/Register of Deeds**
1200 N. Telegraph Rd Bldg.12E
Pontiac, Michigan [48341]

benson, jocelyn d/b/a
JOCELYN BENSON
*secretary of state* et al., heirs and assigns
**Department of State of Michigan**
430 W. Allegan St. 4th Floor
Lansing Michigan [48918]

raoul, kwame d/b/a
KWAME RAOUL
*attorney general* et al., heirs and assigns
**Attorney General of Illinois**
500 South Second Street
Springfield, Illinois [62701]

smith, marc d d/b/a
MARC D. SMITH
*director* et al., heirs and assigns
**Department of Children and Family Services**
406 East Monroe St.
Springfield, Illinois [62701]

redfield, larrisa d/b/a
LARRISA REDFIELD
*supervisor* et al.,  heirs and assigns
**Lutheran Social Services of Illinois**
1921 S Indiana Ave 3rd Floor
Chicago Illinois [60616]

blinken, antony john d/b/a
ANTONY BLINKEN
*secretary of state* et al., heirs and assigns
**Department of State of the United States**
2201 C Street NW
Washington, District of Columbia [20520]

mcmillen, Phyllis c d/b/a
PHYLLIS MCMILLEN
*circuit court judge* et al.,
**judicial circuit court, Oakland County**
1200 N Telegraph Rd Bldg. 12 E
Pontiac, Michigan near. [48341]

trainor, christopher j d/b/a
CHRISTOPHER J. TRAINOR (P42449)
*attorney* et al., heirs and assigns
**CHRISTOPHER TRAINOR & ASSOCIATES**
9750 Highland Road
White Lake, Michigan near. [48386]

doss, krystina r d/b/a
KRYSTINA R. DOSS (P77365)
*attorney* et al.,
**CHRISTOPHER TRAINOR & ASSOCIATES**
9750 Highland Road
White Lake, Michigan near. [48386]

wickerham anthony m d/b/a
ANTHONY M. WICKERSHAM
*sheriff* et al., heirs and assigns
**Macomb County Sheriff**
43565 Elizabeth Road
Mount Clemens, Michigan near. [48043]

chmura, john michael d/b/a
JOHN M. CHMURA
*chief judge* et al.,  heirs and assigns
**37th district court, Macomb county**
8300 Common Road
Warren, Michigan near. [48093]

gattari-ross, annette d/b/a
ANNETTE GATTARI-ROSS
*court administrator/magistrate* et al.,
**37th district court, Macomb county**
8300 Common Road
Warren, Michigan near. [48093]

wittenberg, robert s d/b/a
ROBERT S. WITTENBERG
*oakland county treasurer* et al.,
**Oakland County Treasurer**
1200 N Telegraph Rd Bldg. 12E
Pontiac, Michigan near. [48341]

williams, pernell james et al.,
Pernell James Williams Estate et al.,
PERNELL JAMES WILLIAMS et al.,
3407 Lotus Drive
Waterford, Michigan near. [48329]

*SPECIALI CAUSA LIBELLUS*

basha, kimberlee d/b/a Kimberlee Basha
*executive principle fiduciary* et al.,
**AUTOVEST, LLC**
26261 Evergreen Rd Ste 300
Southfield, Michigan, near. [48076]

moore, thomas a jr d/b/a Tommy Moore Jr.
*chief executive officer* et al., heirs and assigns
**First Investors Financial Services**
5757 Woodway Drive Suite 400
Houston, Texas near. [77057]

roosen, richard g d/b/a Richard G. Roosen
*attorney* et al., heirs and assigns
**Roosen, Varchetti & Olivier PLLC**
39541 Garfield Road
Clinton Township, Michigan near. [48038]

bouchard, michael j, d/b/a Michael J. Bouchard
*sheriff* et al., heirs and assigns,
**Oakland County Sheriff Office**
1200 N Telegraph Rd. Bldg. 38E
Pontiac, Michigan near. [48341]

nicholson, julie a d/b/a Hon. Julie A. Nicholson
*chief judge*, et al., heirs and assigns,
**52nd JUDICIAL DISTRICT COURT-**
700 Barclay Circle
Rochester Hills, Michigan near. [48307]

cardona, miguel angel d/b/a
MIGUEL CARDONA
*secretary of education* et al., heirs and ass
**Department of Education of the
United States**
400 Maryland Avenue, SW
Washington, District of Columbia near. [20202]

collins, walter d/b/a Walt Collins
chief executive officer et al., heirs and assigns,
**Collins Asset Group** LLC
5725 W HIGHWAY 290 E STE 103-5
Austin, Texas near. [78735]

shepherd, charles m d/b/a
CHARLES M. SHEPHERD
*sole member, et al., heirs and assigns,*
**SHEPHERD PROPERTIES, LLC.,**
17118 Adrian Rd.
Southfield, Michigan near. [48075]

## Relators

LaSean DeJong Houston Estate et al.,
LASEAN DEJONG HOUSTON et al.,
c/o 3079 S Baldwin Rd
Lake Orion, Michigan RFD near. [48359]

houston, kimberly denise et al.,
Kimberly Denise Ellsworth Estate et al.,
KIMBERLY DENISE ELLSWORTH et al.,
Kimberly Denise Houston Estate et al.,
KIMBERLY DENISE HOUSTON et al.,
c/o 786 E Columbia Ave
Pontiac, Michigan RFD near. [48340]

houston, kayla renee et al.,
Kayla Renee Houston Estate et al.,
KAYLA RENEE HOUSTON et al.,
c/o 3079 S Baldwin Rd
Lake Orion, Michigan RFD near. [48359]

houston, skylar isaac et al.,
Skyler Isaac Houston Estate et al.,
SKYLER ISAAC HOUSTON et al.,
℅ 9332 S Saginaw Ave
Chicago, Illinois RFD near. [60617]

tucker, amari amir et al.,
Amari Amir Tucker Estate et al.,
AMARI AMIR TUCKER et al.,
℅ 9332 S Saginaw Ave
Chicago, Illinois RFD near. [60617]

ware, aidan antrell et al.,
Aidan Antrell Ware Estate et al.,
AIDAN ANTRELL WARE et al.,
℅ 9332 S Saginaw Ave
Chicago, Illinois RFD near. [60617]

houston, izoha monea at al.,
Izoha Monea Houston Estate et al.,
IZOHA MONEA HOUSTON et al.,
℅ 9332 S Saginaw Ave
Chicago, Illinois RFD near. [60617]

houston, symone monique et al.,
Symone Monique Houston Estate et al.,
SYMONE MONIQUE HOUSTON et al.,
℅ 10563 S. Edbrooke
Chicago, Illinois RFD near. [60628]

houston, terajai armond et al.,
Terajai Armond Houston Estate et al.,
TERAJAI ARMOND HOUSTON et al.,
c/o 149 N Avery Rd
Waterford, Michigan RFD near. [48328]

houston, etoi et al.,
Etor Houston Estate et al.,
ETOI HOUSTON et al.,
12 Jefferson St
Pontiac, Michigan RFD near [48342]

davenport, john harry, el al.,
John Harry Davenport Estate et al.,
JOHN HARRY DAVENPORT et al.,
92 South Kennard Dale Ave
Stewartstown, Pennsylvania RFD [17363]

murphy, felicia daneen davenport et al,
Felicia Deneen Davenport Estate et al.,
FELICIA DENEEN DAVENPORT MURPHY et al.,
818 Sheridan St NW,
Washington, District of Columbia RFD [20011]

murphy, durrell curtis et al.,
Durrell Curtis Murphy Estate et al.,
DURRELL CURTIS MURPHY et al.,
2226 Alice Ave Apt 302,
Oxon Hill, Maryland RFD near. [20745]

hobson, kirtner dubois et al.,
Kirtner Dubois Hobson Estate et al.,
KIRTNER DUBOIS HOBSON et al.,
6705 Lamont Drive
Lanham, Maryland RFD near. [20706]

murphy, sydni johnae et al.,
Sydni Johnae Murphy Estate et al.,
SYDNI JOHNAE MURPHY et al.,
2226 Alice Ave Apt 302
Oxon Hill, Maryland RFD near. [20745]

noble, marlei johnae et al.,
Marlei Johnae Noble Estate et al.,
MARLEI JOHNAE NOBLE et al.,
2226 Alice Ave Apt 302
Oxon Hill, Maryland RFD near. [20745]

cleveland, cynthia sadia davenport et al.,
Cynthia Sadia Davenport Cleveland Estate et al.,
CYNTHIA SADIA DAVENPORT CLEVELAND et al.,
1222 V Street SE
Washington, District of Columbia RFD near. [20011]

hobson, marcus dubois et al.,
Marcus Dubois Hobson Estate et al.,
MARCUS DUBOIS HOBSON et al.,
2201 Park Lake Lane
Peachtree Corners, Georgia RFD [30092]

Romaine Kritini Davenport Estate et al.,
ROMAINE KRITINI ALIAH MORGAN-HOBSON DAVENPORT EL et al,
2805 Terrance Road SE #B407
Washington, District of Columbia RFD near. [20020]

bostick, omari qamar ibn em
Omari Qamar Ibn EM Bostick Estate et al.,
OAMARI QAMAR IBN BOSTICK-DAVENPORT-EL et al.,
2805 Terrance Road SE #B407
Washington, District of Columbia RFD near. [20020]

====================================================================

To the judges of the **district court of the united states for, eastern district of Michigan**, I/we houston, lasean dejong, *Moor beneficiary*, davenport, romaine kritini *Mooress beneficiary*, the SEAN HOUSTON-*EL* FOUNDATION TRUST and the ROMAINE KRITINI DAVENPORT TRUST, complainant(s) respectfully move this court for leave to file with the "right arm of the Court of Chancery." Complainant(s) DECLARE that there is no collusion between him/them and any of the parties.

Complainant(s) require this Court to do justice, regardless of any and all law; that the Chancellor(s) exercising the King/Queen's prerogative of Grace, based her/his decisions, upon the law of the land, honesty, equity, and conscience. Complainant(s) require this Court to expose and right the wrongs committed by designing and crafty men; and required guardians, trustees to do right towards those depending on them; and above all, to detect and correct frauds and unconscientious conduct.

## Parties

The complainant and "your orator" houston, lasean dejong," is a private People called Moors, americas aboriginal illinoisan national and a *Subject of the Al Maroc Shereefian Empire,* "*but not a citizen of the united states for the district of columbia, nor a Citizen of the united states of america in congress assembled,*" is beneficial owner of the unincorporated legal estate, LASEAN DEJONG HOUSTON, whose principle office is located at 69 West Washington Street Ste 500, Chicago, Cook county, Illinois, in care of yarbrough, karen a d/b/a KAREN A. YARBROUGH, *cook county clerk/recorder of deeds* et al., heirs and assigns. Each named fiduciary/defendant(s) are People bound by oath to be Persons worthy of Trust, appointed and qualified as either implied administrators, or constructive or expressed fiduciaries, and are therein stated to be on information and belief, *citizens of the united states for the district of columbia, or Citizens of the united states of america in congress assembled.*

## Premises

The complainant's core private equitable rights were MISTAKENLY sacrificed by her/his mother and father at her/his birth, without her/his being fully availed and acknowledged of her/his equitable defenses. The complainant(s) DECLARE that they have tendered all consideration and have integrity in this subject matter; and have been imputed a serious liability for the indemnity or satisfaction of all of the debts of the said unincorporated legal estate(s) LASEAN DEJONG HOUSTON and ROMAINE KRITINI ALIAH MORGAN-HOBSON DAVENPORT *EL* (decedent's legal estate person). Your orator has been subjected to a Legal mode of Proceedings which are inconsistent with the private treaty protections of the *Treaty of Marrakech 1787 ARTICLE XXI,* the *Treaty of Algiers 1795 ARTICLE XV., Treaty of Tunis* 1797 *ARTICLE XVIII., Treaty of Tunis 1824 ARTICLE XII., and the Treaty of Marrakech 1836 ARTICLE XXI.,* as well as the *1789 constitution for the united states of america,* under the rules of Chancery due and owing to the complainant(s) by way of her/his **special and particular political status,** as a People called Moors, and *Subject of the Al Maroc Shereefian Empire,* and her/his equitable rights to the same said Estate, that were all intended for your orator, by her/his ancestors, as the sole exclusive *heir* and *beneficiary,* by maxims "*only God can create an heir,*" "*the heir and his ancestor are one and the same person,*" and "*Equity regards the beneficiary as the true owner.*" Your orator makes a special appearance, *in personam,* without an administrator, a guardian, personal representative, an executor, or a trustee to defend her/his equitable rights, titles, and interests in the same said estate and must guard her/his good name, against the destruction of her/his reputation, and her/his rights to equal Justice being rendered towards them, which are protected by her/his privity as an *heir* to the treaties and the written constitution, intended for her/him, by its' makers as an equitable mortgage/compact. It is unquestionably true that the harshness of the common law, its unfitness to cope with fraud, its incapacity to do justice

in many cases, the defects in its remedies, the opportunities it gave the strong to oppress the weak, and its general inadequacy to meet the requirements of equity.

Our private equitable rights are not cognizable at law, it gave wholly inadequate remedy, or else merely allowed damages for the wrong, remedy when allowed being often wholly worthless.

- Does Congress assembled have any general power, express or implied, to take away an American citizen's citizenship without her/his consent?

- If not, then **show "good cause** why Congress assembled has any general power, express or implied, to take away  or change the nationality of a *Subject of the Al Maroc Shereefian Empire* without her/his intent or consent?

The destruction of complainant's private equitable rights leaves her/him legally disabled. The Chancery Court gives remedy and has full jurisdiction to do everything necessary for the welfare of persons under disability. Your Honors would expect no less privity as *co-heir* to said mortgage/compact. Your orator calls a *Court of Equity* into activity by good conscience, good reason and by her/his own reasonable diligence. Your orator is *sui juris, majoris aetatis* (in his own right, and at the Age of Majority) now having knowledge of her/his rights, with opportunity to assert them, she/he does not delay unreasonably so to do.

*"Equity aids the vigilant, not those who slumber on their rights," and*

*"Equity imputes an intent to fulfill an obligation."*

*And be it further enacted That it shall be the duty of circuit courts, in causes in equity and of admiralty and maritime jurisdiction, to cause the facts on which they found their sentence or decree, fully to appear upon the record either from the pleadings and decree itself, or a state of the case agreed by the parties, or their counsel, or if they disagree by a stating of the case by the court. (Judiciary Act of 1789 1 stat 73 SEC. 19.)*

Each named fiduciary/defendant(s) is appointed and qualified as either implied administrators, or constructive or expressed fiduciaries, and at once entered upon the discharge of their duties as such. Your orator further shows, unto your Honors, that he has called upon each fiduciary/defendant(s) to either Affirm or Deny their trust relation with her/him; to render a specific performance, by due particularity; to provide your orator with a full accounting of all accounts whether Open, Stated or Settled; to provide your orator a list of real, personal, and equitable assets; to provide your orator with a list of all debts due to complainant(s) estate during such time as she/he was deprived, as an incident to the right of redemption; to release any and all collateral, and return all remaining trust *res*, by *reconversion* of said "Account, to your orator, as Moor *heir/beneficiary*; and to extinguish all local tax, obligation, reprisal, remuneration, indemnification, or debts of said estate, if any; render to your orator, under oath, and make discovery any statement of account of their acting's and doings as administrators or fiduciaries aforesaid, to the very great harm, injury and loss of complainant(s).

May it please your Honors, the said fiduciary/defendant(s) have failed to answer or make defense to the trust(s) after he had given reasonable time so to do. Your orator requires that the fiduciary/defendant(s) shall answer under oath, make the discovery called upon by the bill, and rendered over to her/him a full accounting of all accounts whether Open, Stated or Settled of the said estate as in conscience and equity they ought to have done or be attached and compelled to answer. Your orator requires a decree taking her/his bill for confessed, the failure of the fiduciary/defendant(s) to make any defense being deemed *prima facie* evidence that she/he has no defense to make, but, on the contrary, admits the material allegations of the bill to be true. Equity compels all the fiduciary/defendant(s) to do that which an upright and conscientious woman/man would have done without compulsion.

*"No delay will prejudice a defrauded party as long as he was ignorant of the fraud; and, especially, if the defendant concealed the facts which it was his duty to disclose, or deceived the complainant by misstatements, or otherwise lulled his suspicions. The sleep of the complainant cannot be used as a defense by him who caused that sleep, for that would be to take advantage of his own wrong. (Henry R. Gibson §70 Latches)*

May it please your Honors, that the said fiduciary/defendant(s), and any other persons who may be confederating together at present and unto your orator unknown, whose names, when discovered, may be herein inserted, and they be made parties respondent hereto, for contriving to harm and oppress complainant(s) in the premises. All of which acting's and doings, neglects and pretenses, and other conduct on the part of said fiduciary/defendant(s), are contrary to equity and good conscience, and tend to the manifest wrong, injury and oppression of complainant(s) in the premises.

*"The path of the righteous man is beset on all sides By the inequities of the selfish and the tyranny of evil men Blessed is he who, in the name of charity and good will Shepherds the weak through the valley of darkness For he is truly his brother's keeper and the finder of lost children And I will strike down upon thee With great vengeance and furious anger Those who attempt to poison and destroy my brothers And you will know my name is the Lord When I lay my vengeance upon thee." (Ezekiel 25:17)*

## Statement of Jurisdiction

This is a suit in equity arising within the *Treaty of 1787 Marrakech ARTICLE XXI.*; the *1789 constitution* for the united states of america in congress assembled, *ARTICLE III §2. §§1., and ARTICLE VI. §1., §2. and §3;* the *Judiciary Act of 1789 1 stat 73 §9, §11, §19, §20, §25, §26;* the *Treaty of Tunis 1824 ARTICLE XII.; and the Treaty of Marrakech 1836 ARTICLE XXI.,* the rights your orator are entitled to, as a private People called Moors, americas aboriginal illinoisan national, and *Subject of the Al Maroc Shereefian Empire,* are of those classes which said treaties, constitution, and act, either confers or has taken under their protection, without such obligation,

your orator's private equitable rights are in jeopardy of being destroyed, where no adequate remedy for their enforcement is provided by the forms and proceeding of a purely legal nature. The same necessity invokes and justifies, in cases to which its remedies can be applied, that jurisdiction in equity vested by said treaties, constitution, and act, and which cannot be affected by the legislation of the emergency provisional congress by a committee of the states, the states, nor any agencies subject to the laws of the district of columbia.

> *"the inherent jurisdiction of the Court, to contradistinguish it from the statutory jurisdiction; and it is to this original and inherent jurisdiction that our statute refers when it says: " The Chancery Courts shall continue to have all the powers, privileges and jurisdiction, properly and rightfully incident to a Court of Equity, by existing laws."*
>
> *2 The inherent powers, privileges and jurisdiction of our Chancery Courts, within their respective local and personal jurisdictions, are identical in kind and commensurate in extent, with the Equity powers, privileges and jurisdiction of the High Court of Chancery in England, at the time of the American Revolution. 3 The Chancery Court is a Superior Court. 4 of general original jurisdiction of all cases of an equitable nature, where the debt or demand exceeds fifty dollars ; and every matter of equitable cognizance above said amount is presumed to be within its inherent jurisdiction as a Court of Equity. 5* **Citing Chancellor Henry R. Gibson.** *§24 Equitable or Inherent Jurisdiction)*

I contend that Federal courts have subject-matter jurisdiction in cases arising under the Constitution, laws, or treaties of the United States. Complainant(s) DECLARE that this cause invokes a federal-question jurisdiction based on various United States treaties and constitutional provisions. Complainant(s) DECLARE that we have declared (as demonstrated by our Declaration of Intention, affirmatively entered into the record) before the Supreme Court of the United States, district of the United States, a circuit court of appeals of the United States, the states, or the territories northwest or south of the Ohio, or circuit or district courts of the *united states for the*

*district of columbia*, or the *united states of america in congress assembled*, that it is "in fact," our intention to be a private People called Moors, americas aboriginal illinoisan and virginian nationals, and *Subjects of the Al Maroc Shereefian Empire*, "*but not citizen of the united states for the district of columbia, nor Citizen of the united states of america in congress assembled.*" Therein stated to be on information and Complainant(s) belief, all defendants are *citizens of the united states for the district of columbia, or Citizens of the united states of america in congress assembled.*" Complainant(s) DECLARE that a complete diversity of citizenship exists between the parties and each complainant. Complainant(s) DECLARE that our claims are substantive, made without collusion between the parties and are not frivolous or made solely for the purpose of obtaining jurisdiction.

This court has cognizant and concurrent jurisdiction of all suits at law or in equity, where the matter in dispute exceeds, the sum or value of five hundred dollars, and the suit is between a Citizen of the state where the suit is brought, and the Subjects of a foreign state; where is drawn in question the validity of a treaty, or where is drawn in question the validity of a statute of or an authority exercised under any State, on the ground of their being repugnant to the constitution, treaties or laws of the United States, or where is drawn in question the construction of any clause of the constitution, or of a treaty, or statute of, or commission held under the United States, and the decision is against the title, right, privilege or exemption specially set up or claimed by either party under such clause of the said Constitution, treaty, statute or commission. Your orator contends that all People bound by oath to be Persons worthy of Trust, including, but not limited to, the *governor of the district of columbia*, and all entities part and parcel to the body corporate for municipal purposes being subject to the Code of law for the *united states for the district of*

*columbia,* shall at all times be subject to the Congress of the United States, and shall "not" exercise powers inconsistent with the Constitution, treaties, and laws of the United States.

Organic Act of 1871

SEC. 34. "*and the Constitution and all the laws of the United States, which are not locally inapplicable, shall have the same force and effect within the said District of Columbia as elsewhere within the United States.*"

Chap 854- District of Columbia Code of law

SECTION 1. *The common law, all British statutes in force in Maryland on the twenty-seventh day of February, eighteen hundred and one, the principles of equity and admiralty, all general acts of Congress not locally inapplicable in the District of Columbia, and all acts of Congress by their terms applicable to the District of Columbia and to other places under the jurisdiction of the United States, in force at the date of the passage of this act shall remain in force except in so far as the same are inconsistent with, or are replaced by, some provision of this code .*

Your orator does hereby grant all personal and subject matter jurisdiction to this court, under the exclusive inherent equity jurisdiction, conferred by *Treaty of 1787 Marrakech ARTICLE XXI.*; *1789 constitution for the united states of america in congress assembled, ARTICLE III §2. §§1., and ARTICLE VI. §1., §2. and §3;* the *Judiciary Act of 1789 1 stat 73 §9, §11, §19, and §20, §25, §26; the Treaty of Tunis 1824 ARTICLE XII., and the Treaty of Marrakech 1836 ARTICLE XXI.*, to the exclusion of all other modes and proceedings, that your Honors shall dispense, to adjudge this matter. In tender of sufficient consideration whereof, and fore as much as your orator is remediless in the premises at and by the direct and strict rules of the common law and cannot have adequate relief save only in a *Court of Equity*, where equal Justice can be rendered and where matters of this and a similar nature are properly cognizable and relievable.

*Citing Chancellor Henry R. Gibson. I convey to this cause the basis of the inherent exclusive equitable jurisdiction that your Honor shall dispense:*

## Statement of the Cause 1.

The primary subject matter at issue in your orator's *speciali causa* (special cause) as a private People called Moors, americas aboriginal nationals, and *Subjects of the Al Maroc Shereefian Empire, "but not a citizen of the united states for the district of columbia, nor a Citizen of the united states of america in congress assembled."* Your orator's core private equitable rights (*privatum*) have been and will continue to be destroyed by People bound by oath to be Persons worthy of Trust, who have, by presumptions and a form of paper genocide, attempted to denationalize or naturalize complainant by imposing statutes codes, ordinances and other colorable instrumentalities and titles, by listing me as a servant, a slave, a pauper, vagabond, or fugitive from justice, surety for another, a human, a negro, black, white, colored, a person, (the word "person," as defined by the Code of the District of Columbia, shall apply to partnerships and corporations), a person of color, ethnic, indigenous, an Indian, a native American, African, African-American, a Latino, a Hispanic, Moorish, a Moorish American, associated with any Moorish Science Temple of America (MSTA), or Moorish Nation, a Black Identity Extremist, a sovereign-citizen, a U.S. business, A U.S. National, an American National, a national of a designated enemy country, or any form of *citizen of the united states for the district of columbia, nor a Citizen of the united states of america in congress assembled,* relegating complainant to being legally incapacitated, and as a perpetual minor, if not "dead" in the law, reduced to a political and economic status without rights, left with only benefits and privileges, incapable of taking up my own rights and handling my own affairs as was intended by my ancestors. Nowhere in the constitution, treaties or laws of the *united states of america in congress assembled,* nor the Code of the District of Columbia, are any People bound by oath to be Persons worthy of Trust, subject to the public faith, granted the authority to change complainant from being a private People called Moors and *Subject*

*of the Al Maroc Shereefian Empire* without her/his consent, volition, act and deed. It is not only "not" true in law or in fact, in principle or in practice, that any People bound by oath to be Persons worthy of Trust, or instrumentality created by the Trust of the People, such as the treaties or the constitutions, that they were granted the authority to confer upon the private People called Moors any colorable titles or reduced political and economic status without rights. Said fiduciary/defendant(s) have subjected complainant to such treatment by statutes, codes, ordinance, prohibitions, rules, regulations and other colorable instrumentalities, to alter his special and particular political status. Complainant(s) core private equitable rights have been and will continue to be destroyed by presumptions as a form of paper genocide. It has been in fact expressed by treaty and the laws of many of the several states, since as early as 1845, that a private Moor is excepted from said statutes, codes, ordinance, prohibitions.

A party, who takes advantage of the trust or confidence reposed in him by another, and thereby benefits himself to the other's injury, is guilty of the grossest possible breach of good faith.

A People bound by oath to be Persons worthy of Trust, holding a relation of trust, confidence or agency, is bound by every consideration of reason and conscience to loyally discharge the duties he undertakes, with an eye single to the welfare of the party trusting him; and before he can act for himself in any matter, affecting the interests of the person trusting him, he must surrender the relation in good faith, and acquaint such person with all the facts in his possession necessary to a complete understanding of those matters. No greater business wrong can be committed, under the form of trust or a contract, than the acquisition of the property, or taking other advantage, of a person by the betrayal of his confidence. Such an act is a sort of treason against good faith and shocks the conscience of all mankind.

I/we contend that it would be contrary, to Equity, good conscience, good reason, and the various treaties of the *Al Maroc Shereefian Empire,* and is repugnant to the constitution, treaties and laws of the *united states of america in congress assembled,* to mistakenly sacrifice my right

to self-determination as private People called Moors, americas aboriginal nationals, and *Subjects of the Al Maroc Shereefian Empire*, my name, my family ties, my hereditary culture, and my inheritance. I/we are a People called Moors. *Equity aids the vigilant, not those who slumber on their rights (see Exhibit A, Exhibit B, Exhibit U, Exhibit X, Exhibit Y, and Exhibit Z.)*

## Statement of the Cause 2.

The primary subject matter at issue in your orator's *speciali causa* (special cause), as a private People called Moors, americas aboriginal illinoisan national, and *Subject of the Al Maroc Shereefian Empire, "but not a citizen of the united states for the district of columbia, nor a Citizen of the united states of america in congress assembled,"* is her/his special and particular political status, which is uncontroverted. It "cannot" be altered by any of the several states, *the united states for the district of columbia*, or *the united states of america in congress assembled,* by contracts or statutes, be it expressed or implied, public or private; and therefore, my special and particular political status as a private Moor Subject "cannot" be reduced to an inferior grade of volunteer surety "U.S. citizenship" status by any man, state, or instrumentality. Complainant's core private equitable rights have been and will continue to be destroyed by yellen, janet louise d/b/a JANET LOUISE YELLEN, *secretary of the treasury* et al., heirs and assigns, **Department of the Treasury of the United States**, and garland, merrick brian d/b/a MERRICK GARLAND *attorney general* et al., heirs and assigns, **Department of Justice of the United States,** fiduciaries, or any People who are bound by oath to be Persons worthy of Trust, who have, by presumptions of discretionary power to "direct, control, manage, supervise, vest or prohibit," and otherwise, subject complainant(s) to a form of paper genocide. Your orator's substantive core private equitable rights to due process and equal Justice being rendered cannot be seen by a court proceeding under any mode other than the exclusive inherent equity jurisdiction, as are all at law courts today, or at law modes and proceedings, whether state or federal, as a result of section 17 of the Trading with the

Enemy Act of October 6, 1917, which was made applicable to "persons within the United States," by way of said Emergency Banking Relief Act of 1933 without violation thereof; which in such case your orator is a People called Moor (not a person), and has been *sub iure coactus* (under legal compulsion), subjected to the laws of the *united states of america in congress assembled*, or *the code of united states for the district of columbia,* which are inconsistent with and repugnant to our reciprocal treaties and therefore your orator cannot, in good conscience and good reason, be "comingled" with any public U.S. citizens or nationals of a designated enemy country as defined in and subject to your Emergency Banking Relief Act of March 9, 1933. Due to said exigent circumstances your orator is without adequate, complete, and certain remedy at law, sufficient to meet all the demands of Justice owed and due to me by virtue of my private status as a *Moor beneficiary* and *Subject of the Al Maroc Shereefian Empire*. Your orator requires that this Honorable court issue a private declaratory decree acknowledging that complainants are, "in fact," a private People called Moors, americas aboriginal nationals, and *Subjects of the Al Maroc Shereefian Empire, "but not a citizen of the united states for the district of columbia, nor a Citizen of the united states of america in congress assembled,"* a free inhabitant passing and repassing with a regime of economic liberty without any inequality, and she/he shall be treated as friendly, *amicus curiae*, respected and esteemed and provided for immediate **most-favored-nation treatment** as a Moor Subjects. *Equity aids the vigilant, not those who slumber on their rights*." (see Exhibits *Bill of Exceptions*, and *Declaration of Intention, Treaty of Algiers 1795 ARTICLE XIII., Treaty of Marrakech 1836 ARTICLE XXI., Exhibit N-Treaty of Madrid 1880 ARTICLE XVII., and Exhibit T-1939 Foreign Relations ARTICLE VI. VII.,)*

## Statement of the Cause 3.

Your orator's *speciali causa* (special cause) is for the termination of any guardian/ward relation, making any presumed administration of our estates absolute void; have decedent's legal

estate, LaSean DeJong Houston Estate et al., and Romaine Kritini Davenport Estate et al., restored

to complainant(s) as the sole exclusive *heirs* and *beneficiaries*; and grant relief and exoneration

from of all liabilities of the defendant LASEAN DEJONG HOUSTON and ROMAINE KRITINI

ALIAH MORGAN-HOBSON DAVENPORT EL unincorporated legal estates ("Estate").

The decedent's legal estates are derivatives of the sacred trusts that were granted to complainant(s)

by her/his mother and father as *grantor(s)*. It was intended for us as *grantee absolute* and *sole*

*beneficiary* of the body, the name, and the sum of all their attachments, including, but not limited

to, all interest, lands, assets, rents, credits emitted, monies borrowed, leases, derivatives, profits,

proceeds, reserves, stores, and titles thereof for our private enjoyment, use, possession, and benefit.

Complainant(s) have acknowledged and accepted, all that our ancestors had intended for us.

Complainant(s) deny that she/he are *trustee* for all liabilities or adhesion arrangements, entered

into without the tender of valuable and sufficient consideration, of the unincorporated legal estates

LASEAN DEJONG HOUSTON and ROMAINE KRITINI ALIAH MORGAN-HOBSON

DAVENPORT *EL*. Complainant(s) equitable claims, as *beneficiary*, are uncontroverted.

Complainant(s) are beneficial owners of said Estate(s), and all property attachments including, but

not limited to, lands, houses, goods and chattels, rights and credits; her/his person, and her/his

spouse and minor offspring; her/his right to work, to sell and acquire property; to engage in any

lawful business; her/his and their reputation, health and capacity to labor; her/his and their right to

enjoy the senses of sight, smell, hearing and taste; her/his and their right of speech and locomotion;

her/his and their right to enjoy their sense of moral propriety when normal; and to live by her/his

labor and property and they cannot be presumed to have parted with even any one of them without

receiving or expecting an equivalent in value. Hence, whenever one person has obtained either the

labor or property of the complainants(s), she/he should tender valuable and sufficient consideration

or account therefore, unless she/he can prove it was a gift by your orator. Complainant(s) are

interested in the settlement, and has been aggrieved by errors, omissions and false credits therein; and that a just and equitable settlement will benefit her/him. Complainant(s) substantive equitable rights to own property and to due process and equal Justice being rendered towards her/him are not cognizable at law, much less at martial due process tribunals and she/he relies exclusively on the recognition and enforcement of purely equitable rights. Each named fiduciary/defendant(s) is appointed and qualified as either implied administrators, constructive or expressed fiduciaries, and at once entered upon the discharge of their duties as such. Your orator further show unto your Honors that she/he has called upon each fiduciary/defendant(s) to either Affirm or Deny their trust relation with her/him; to render a specific performance, by due particularity; to provide your orator with a full accounting of all accounts whether Open, Stated or Settled; to provide your orator a list of real, personal, and equitable assets; to provide your orator with a list of all debts due to your orators estate during such time as she/he was deprived, as an incident to the right of redemption; to release any and all collateral, and return all remaining trust *res*, by *reconversion* of said "Account, to Complainant(s), as Moor *heir/beneficiaries*; and to extinguish all local tax, obligation, reprisal, remuneration, indemnification, or debts of said estate, if any. Complainant(s) desires that the fiduciary/defendant(s) shall answer under oath, make the discovery called upon by the bill, and rendered over to him a full accounting of all accounts whether Open, Stated or Settled of the said estate as in conscience and equity they ought to have done or be attached and compelled to answer. Complainant(s) desires a decree taking her/his bill for confessed, the failure of the fiduciary/defendant(s) to make any defense being deemed *prima facie* evidence that she/he has no defense to make, but, on the contrary, admits the material allegations of the bill to be true.

### *Qui tacet cum loqui debet consentire videtur.*

(He who is silent seems to consent, when they ought to speak)

Your orator states that due to said exigent circumstances she/he is without adequate, complete, and certain remedy at law, sufficient to meet all the demands of Justice, owed and due to her/him, by virtue of her/his private status as a People called Moors and *Subject of the Al Maroc Shereefian Empire,* and that without complete justice being administered by this Honorable court, complainant(s) may be subjected to further unjust and irreparable harm and destruction of herf/his treaty protected rights and property. "*Equity abhors a forfeiture.*"

## Statement of the Cause 4.

The primary subject matter issue of the complainant 's *speciali causa* (special cause) is for the relief against all liability of the Estate as the "implied equitable surety" or secondary liability imposed upon her/him in all legal proceedings of a general military character, and in a particular "State" legal proceeding styled as "IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN." Your orator draws into question the validity of any forms, proceedings and modes purely legal for acquiring jurisdiction, that are martial in character. A conflict arises under the interpretation of works, doctrines, ideas, principles of, or any authority exercised, inconsistent with and repugnant to any treaties made or that shall be made by the *united states in congress assembled,* or the powers granted to the Committee of States, in the *Articles of Confederation*, while in the recess of congress, a conflict and variance arises.

"*Where there is a conflict between the Maxims of Equity and the rules of the common law over the same subject matter, Equity shall prevail."*

As a People, complainant's core private rights are not cognizable at law, or the legal legislative proceedings in the courts of the several states; nor the modern merged reformed legal system, in which only the procedural distinctions between the courts of law and equity were merged, albeit the jurisdictions are wholly unaffected, and my private substantive rights are in direct inherent

conflict with the concurrent jurisdiction created by the *Judicature Act of 1873*. Furthermore, our conflict with the reformed procedure is that the intent and purpose of the ancient separation into an exclusive inherent equity jurisdiction is no longer furnished and is in direct conflict with the reformed procedure. The complainant's core private rights are in jeopardy of being destroyed; and are of those classes, which the treaties either confer or are taken under its protection, and no adequate remedy for their enforcement is provided by the, forms, proceedings, and modes purely legal. The complainant is without speedy, nor adequate and complete remedy at law and therefore there arises a conflict of the rule of law over the same subject matter, the unincorporated legal estate names LASEAN DEJONG HOUSTON and ROMAINE KRITINI ALIAH MORGAN-HOBSON DAVENPORT *EL*, in relation to the complainant(s), as Moor Subjects. It is only under legal compulsion that the complainant(s), are subjected to any jurisdiction other than the exclusive inherent equity jurisdiction. The equity jurisdiction vested by the *Articles of Confederation ARTICLE XII*; *Treaty of 1787 Marrakech ARTICLE XXI*; *1789 constitution* for the united states of america in congress assembled, *ARTICLE III §2 §§1, and ARTICLE VI. §1, §2 and §3;* the *Judiciary Act of 1789 1 stat 73 §9, §11, §19, §20, §25, and §26; Treaty of Tunis 1824 ARTICLE XII. and the Treaty of Marrakech 1836 ARTICLE XXI.* and cannot be affected by the emergency enactments of legislation. Due to the said conflict, the inherent law, equitable principles and doctrines such as matters of subrogation, substitution, and exoneration and other equitable defenses from said proceeding legal in nature, in the courts the several states.

## Statement of the Cause 5.

The primary subject matter issue of your orator's *speciali causa* (special cause), as an "implied equitable surety," he makes his original claim against defendant(s) seeking equitable relief from the burden caused by (i) trespass upon your orator's inherent right to equal Justice being rendered towards him concerning any dispute (ii) exoneration of all liability and obligations

imputed to your orator either by way of operation of law, mistake, error or accident, by presumption, under legal compulsion, or fraudulent concealment by fiduciary/defendant(s)

(iii) subrogation of all rights, title and interests of the *united states of america*, and the *united states for the district of columbia* (hereafter "creditors") against the complainant with respect to any irrevocable obligation arising from a quasi-trust relationship conducted by the said district of columbia military legal proceedings. The complainant's rights to subrogation as an "implied" equitable surety, for the principal Debtor, my good name, rights, titles, and interests, are being destroyed for  the unjust enrichment of volunteer Subrogors, including, but not limited, roosen, richard g d/b/a Richard G. Roosen, *attorney* et al., **Roosen, Rachetti Olivier, PLLC,** Creditor/Subrogor(s), basha, kimberlee d/b/a Kimberlee Basha, *executive principle fiduciary* et al., **AUTOVEST, LLC,** Creditor/Subrogor(s), moore, thomas a jr d/b/a Tommy Moore Jr., *chief executive officer* et al., **First Investors Financial Services,** Creditor/Subrogor(s), collins, walter d/b/a Walt Collins, **Collins Asset Group LLC.,** Creditor/Subrogor(s), shepherd, charles m d/b/a CHARLES M. SHEPHERD, *sole member, et al.,* heirs and assigns, **SHEPHERD PROPERTIES, LLC.,** Creditor/Subrogor(s), and all others of a similar class, who have neither **Affirmed** or **Denied** the private fiduciary relation.

The complainant's core private equitable rights have been and will continue to be destroyed by presumptions, which are contrary to the said treaties and constitutions which are the supreme law of the land.

> *"The utmost good faith shall always be observed towards the Indians; their lands and property shall never be taken from them without their consent; and, in their property, rights, and liberty, they shall never be invaded or disturbed, unless in just and lawful wars authorized by Congress; but laws founded in justice and humanity, shall from time to time be made for preventing wrongs being done to them, and for preserving peace and friendship with them." (Northwest Ordinance 1787 Sec. 14, Art. 3)*

I contend that it would be contrary, to Equity, good conscience and good reason, and the various treaties of the *Al Maroc Shereefian Empire,* and is repugnant to the constitution, treaties and laws of the *united states of america in congress assembled.* As People bound by oath to be Persons worthy of Trust, including but not limited to, all legislative, executive and judicial officers, both of the United States and of the several states, bound to support all treaties made, the constitutions, and the laws of the United States, who take advantage of the trust or confidence reposed in her/him by another, and thereby benefits her/him-self to the other's injury, by blocking, clogging, or prohibiting complainant's private enjoyment, use, possession, and benefit of her/his lands, tenements, goods and chattels, reputation, ability to labor, or her/his senses, and is guilty of the grossest possible breach of good faith.

Your orator states that due to said exigent circumstances I/we are without adequate, complete, and certain remedy at law, sufficient to meet all the demands of Justice complainant is entitled to by virtue of her/his private status as a People called Moors and *Subjects of the Al Maroc Shereefian Empire*; as the *sole exclusive heir* to the Estate, and that without complete justice being administered by this Honorable court, complainant(s) may be subject to unjust and irreparable harm and destruction of her/his treaty protected rights and property.

### Statement of the Cause 6.

The primary subject matter issue of the complainant's *speciali causa* (special cause) is for the relief against the destruction of rights born of special private fiduciary trust relations between the parties, either express, resulting, constructive, or executory, including treaties, upon which she/he has relied for reciprocity, good faith, accurate, complete, and equitable treatment, excluding any form of casuistry. Complainant(s) causes of action are purely equitable in nature because she/he seeks protection of rights born of special private fiduciary trust (treaty) relations as between the parties, a restorative as well as preventive remedy, being used both in the enforcement

of rights, and the prevention of wrongs. Complainant(s) have relied for good faith, accurate, complete, and equitable treatment, leaving no room for casuistry. A party who takes advantage of the trust or confidence reposed in her/him by another, and thereby benefits her/himself to the other's injury, is guilty of the grossest possible breach of good faith. Your orator, while a minor, became entitled to a large estate that has all been administered and sustained, in open, stated, or settled accounts whereby reason of some mistake, omission, accident, or undue advantage, the account is vitiated, and the balance incorrectly fixed; whereby reason of some fiduciary relation of trust or confidence between the fiduciary/defendant(s) and the complainant, where the complainant was at a disadvantage, and as a consequence, the account is inequitable. The complainant equitable cause is a complex accounting, and he is without full facts of the assets of the trust(s) and relies exclusively on the mode of compelling the fiduciary/defendant(s) to make disclosure and therefore a discovery by suit in equity is indispensable. The complainant(s) have business dealings, involving many items, in consequence of trust relations, or confidence, the fiduciary/defendant(s) have handled the estate of the complainant(s); or done business for her/him. The complainant(s) are the beneficial party entitled to a settlement and desires a bill for an accounting for the funds or other property in which the complainant(s) have an interest, and to pay over whatever may be due or belong to her/him.

> *"A good and faithful servant shall make a full accounting, to the owner,*
>
> *of the talents he was granted."*

The complainant has through her/his inherent power of appointment, appointed each fiduciary/defendant(s), having transferred, on special deposit, valuable and sufficient consideration, for the fiduciary appointment, as well as, fully granting, conveying, and delivering legal title in the form of a Deed of Conveyance to each fiduciary/defendant(s), to be held in the private by said defendant(s), for the private enjoyment, use, possession, and benefit of the

complainant(s). Each fiduciary/defendant(s) was given actual and constructive notice of the complainant's manifest intent, purpose, to execute actual and constructive grant and conveyance, on special deposit, the trust res with a demand for specific performance, by due particularity, to produce a full accounting; list of all real, personal, and equitable assets or other property in which the complainant(s) have an interest; to pay over whatever may be due or belong to her/him, or the balance due the complainant(s) on a full accounting; release any and all collateral and return all remaining trust *res*, concerning said debts due to our estates; and release any and all collateral, and return all remaining trust *res*, by *reconversion*. The complainant(s) are the beneficial parties entitled, in consequence of such relations various sums of money or other property of the complainant(s) went, or should have gone, into the possession, or under the control, of the fiduciary/defendant(s), giving items, dates, values, and circumstances. The fiduciary/defendant(s) have neither Affirmed or Denied the fiduciary relation or rendered an account of such money and property and the profits thereof; or, if she/he did render any, that it was imperfect and incorrect, balance due complainant on a full accounting; that complainant refused to accept it in any respect, and so notified the defendant; Your orator prays for an account to be taken by the Clerk and Master and for a decree for the amount found due. If the fiduciary/defendant(s) has any sureties bond for her/his good conduct, they should be made fiduciary/defendant(s), and their suretyship alleged in the body of the bill be equitably attached.

> "*No delay will prejudice a defrauded party as long as he was ignorant of the fraud; and especially, if the defendant concealed the facts which it was his duty to disclose, or deceived the complainant by misstatements, or otherwise lulled his suspicions.*
> *The sleep of the complainant cannot be used as a defense by him who caused that sleep, for that would be to take advantage of his own wrong.*" (*Henry R. Gibson §70*)

## Statement of the Cause 7.

The primary subject matter issue of the complainant's *speciali causa* (special cause) is for the relief against the destruction of rights arising of claims by defendant(s) williams, pernell james et al., that he has allegedly sustained personal injuries arising out of an alleged motor vehicle accident with complainant(s) or his property. Your orator has made multiple requests that defendant(s) williams, pernell james et al., produce substantive proof of his claims that a motor vehicle accident, in fact, occurred between my property the unincorporated legal estate name LASEAN DEJONG HOUSTON and the defendant(s) williams, pernell james et al., on August 8, 2019, which gave rise to his claims for damages and lost wages. Defendant(s) williams, pernell james et al., has never produced substantive proof of damages to his motor vehicle, estimates of repairs, affidavits by anyone that they witnessed the damages that he claims were sustained to his motor vehicle, or that any of his alleged injuries were the result of said alleged motor vehicle accident with the complainant(s) or his property. Complainant is extremely prejudiced by defendant(s) williams, pernell james et al., and doss, krystina r d/b/a KRYSTINA R. DOSS (P77365), *attorney* et al., heirs and assigns, and trainor, christopher j d/b/a CHRISTOPHER J. TRAINOR (P42449), *attorney* et al., heirs and assigns, **CHRISTOPHER TRAINOR & ASSOCIATES** trustee(s), unsubstantiated claims or that a genuine issue of material fact exists as to his claims. In an abundance of caution complainant(s) tried to meet defendant(s) williams, pernell james et al., and doss, krystina r d/b/a KRYSTINA R. DOSS (P77365), *attorney* et al., heirs and assigns, and trainor, christopher j d/b/a CHRISTOPHER J. TRAINOR (P42449), *attorney* et al., heirs and assigns, **CHRISTOPHER TRAINOR & ASSOCIATES** trustee(s), on the way to court. Defendant(s) williams, pernell james et al., through his attorney and doss, krystina r d/b/a KRYSTINA R. DOSS (P77365), *attorney* et al., heirs and assigns, and trainor, christopher j d/b/a CHRISTOPHER J. TRAINOR (P42449), *attorney* et al., heirs and assigns,

**CHRISTOPHER TRAINOR & ASSOCIATES** trustee(s), has made statements of a redundant, impertinent or scandalous nature tending to prejudice, embarrass your orator, heretofore contriving to harm and oppress your orator in the premises. All of which acting's and doings, neglects and pretenses, and other conduct on the part of said defendant(s), are contrary to equity and good conscience, and tend to the manifest wrong, injury and oppression of your orator in the premises. Defendant(s) williams, pernell james et al., is using the Courts of law to obtain or enforce any judgements contrary to Equity, good conscience and good reason. Where, in any said defendant(s)has an unfair advantage at law, whereby he may make the Court of law an instrument of injustice. If the said defendant(s) obtains a judgment by suppressing or fabricating evidence, or by taking an unconscientious advantage of the complainant(s), or by any other fraud, your orator prays this Court on due application, to shall enjoin the plaintiff from enforcing any judgment so obtained, and thus taking advantage of his own wrong, provided such complainant(s), really had a meritorious defense, and was guilty of no negligence or other fault in the cause. (see *Exodus 23:1*)

## Statement of the Cause 8.

The primary subject matter issue of the complainant's *speciali causa* (special cause) is for the relief against the destruction of rights born of special private fiduciary trust relations between the parties, either express, resulting, constructive, or executory, including treaties, upon which he has relied for reciprocity, good faith, accurate, complete, and equitable treatment, by fiduciary/defendant(s), including, but not limited to, mcmillen, phyllis c d/b/a PHYLLIS MCMILLEN, *circuit court judge* et al., heirs and assigns, **judicial circuit court, Oakland County**, chmura, john michael d/b/a JOHN M. CHMURA, *chief judge* et al., heirs and assigns, and gattari-ross, annette d/b/a ANNETTE GATTARI-ROSS, *court administrator/magistrate* et al., heirs and assigns, **37th district court Warren, Macomb county**, and nicholson, julie a d/b/a Hon.

Julie A. Nicholson, *chief judge*, et al., heirs and assigns, **52nd JUDICIAL DISTRICT COURT-DIVISION 3,** and all others of a similar class, who have neither Affirmed or Denied private fiduciary trust relations with complainant nor ensure that equal justice was done toward complainant. Your orator further, show unto your Honor that he has called upon mcmillen, phyllis c d/b/a PHYLLIS MCMILLEN, *circuit court judge* et al., heirs and assigns, **judicial circuit court, Oakland County**, chmura, john michael d/b/a JOHN M. CHMURA, *chief judge* et al., heirs and assigns, and gattari-ross, annette d/b/a ANNETTE GATTARI-ROSS, *court administrator/magistrate* et al., heirs and assigns, **37th district court Warren, Macomb county** and nicholson, julie a d/b/a Hon. Julie A. Nicholson, *chief judge*, et al., heirs and assigns, **52nd JUDICIAL DISTRICT COURT-DIVISION 3, t**o render a specific performance, put a stop to injuries which are being inflicted upon complainant, his heirs and beneficiaries; based on *malum prohibitum* (conduct that constitutes an unlawful act only by virtue of statute) claims, without proof of harm, or violations of the stipulations of treaties by complainant within his/her county jurisdiction. As People bound by oath to be Persons worthy of Trust mcmillen, phyllis c d/b/a PHYLLIS MCMILLEN, *circuit court judge* et al., heirs and assigns, **judicial circuit court, Oakland County**, chmura, john michael d/b/a JOHN M. CHMURA, *chief judge* et al., heirs and assigns, gattari-ross, annette d/b/a ANNETTE GATTARI-ROSS, *court administrator/magistrate* et al., heirs and assigns, **37th district court Warren, Macomb county,** and nicholson, julie a d/b/a Hon. Julie A. Nicholson, *chief judge*, et al., heirs and assigns, **52nd JUDICIAL DISTRICT COURT-DIVISION 3,** have each been noticed of complainant's *special and particular political status* a private People called Moors, americas aboriginal illinoisan national, and *Subject of the Al Maroc Shereefian Empire*, "*but not citizen of the united states for the district of columbia, nor a Citizen of the united states of america in congress assembled,*" not subject to her/his jurisdiction,

of his challenge of her/his jurisdiction over a People called Moors and the clear conflict and variance of law, yet they all have neglected to notify others, under her/his authority, to desist and refrain from the commission of said trespasses against complainant unless complainant has done some act contrary to Equity and good conscience, and repugnant to the constitution, treaties or laws of the *united states of america in congress assembled,* against a *Citizen of the united states of america in congress assembled, for which they are bound thereby,* by oath or affirmation, to support. Complainant's core private rights have been and will continue to be destroyed by presumptions, codes and statutes, of any state which are contrary to the said treaties and constitutions which are the supreme law of the land.

It is "in fact" expressed by treaty and the laws of many of the several states since as early as 1845 that a private Moor is excepted from said statutes, codes, ordinance, prohibitions. I contend that it would be contrary, to Equity, good conscience, good reason, and the various treaties of the *Al Maroc Shereefian Empire,* and is repugnant to the constitution, treaties and laws of the *united states of america in congress assembled.* As People bound by oath to be Persons worthy of Trust, including but not limited to, all legislative, executive and judicial officers, both of the United States and of the several states, bound to support all treaties made, the constitutions, and the laws of the United States, who take advantage of the trust or confidence reposed in her/him by another, and thereby benefits him-self to the other's injury, by blocking, clogging, or prohibiting complainant's private enjoyment, use, possession, and benefit of his lands, tenements, goods and chattels, reputation, ability to labor and his senses, and is guilty of the grossest possible breach of good faith. Due to said exigent circumstances your orator is without adequate, complete, and certain remedy at law, sufficient to meet all the demands of Justice owed and due to me by virtue of my private status as a People called Moors beneficiary and *Subject of the Al Maroc Shereefian Empire. (see Exhibits X, Exodus 23:1)*

## Statement of the Cause 9.

The primary subject matter issue of the complainant's *speciali causa* (special cause) is for the relief against the destruction of rights born of special private fiduciary trust relations between the parties, either express, resulting, constructive, or executory, including treaties, upon which he has relied for reciprocity, good faith, accurate, complete, and equitable treatment, by fiduciary/defendant(s), including, but not limited to, miller, duane r d/b/a MAJOR GENERAL DUANE R. MILLER, *provost marshal general* et al., heirs and assigns, **Department of the Army of the United States,** wickersham anthony m d/b/a ANTHONY M. WICKERSHAM, *sheriff,* et al., heirs and assigns, **Macomb County Sheriff,** bouchard, michael j, d/b/a Michael J. Bouchard, *sheriff,* et al., heirs and assigns, **Oakland County Sheriff,** high, melvin d/b/a MELVIN C. HIGH, *sheriff,* et al., heirs and assigns **Prince George's County Sheriff,** contee, robert j III d/b/a Robert J. Contee III *executive/chief of police* et al., **heirs and assigns, Metropolitan Police Department,** and all others of a similar class, who have neither Affirmed nor Denied private fiduciary trust relations with complainant. Your orator further, show unto your Honors that he has called upon miller, duane r d/b/a MAJOR GENERAL DUANE R. MILLER, *provost marshal general* et al., heirs and assigns, **Department of the Army of the United States,** wickersham anthony m d/b/a ANTHONY M. WICKERSHAM, *sheriff,* et al., heirs and assigns, **Macomb County Sheriff,** bouchard, michael j, d/b/a Michael J. Bouchard, *sheriff,* et al., heirs and assigns, **Oakland County Sheriff,** high, melvin d/b/a MELVIN C. HIGH, *sheriff,* et al., heirs and assigns **Prince George's County Sheriff,** contee, robert j III d/b/a Robert J. Contee III *executive/chief of police* et al., heirs and assigns, **Metropolitan Police Department,** People bound by oath to be Persons worthy of Trust, as constitutional offices, to render a specific performance, by private injunction, to put a stop to injuries which are being inflicted upon complainant(s), his *heirs* and *beneficiaries*; based on *malum prohibitum* (conduct that constitutes an unlawful act only by virtue

of statute) claims, without violations of the stipulations of treaties, made by People bound by oath to be Persons worthy of Trust within his county jurisdiction. miller, duane r d/b/a MAJOR GENERAL DUANE R. MILLER, *provost marshal general* et al., heirs and assigns, **Department of the Army of the United States,** wickersham anthony m d/b/a ANTHONY M. WICKERSHAM, *sheriff*, et al., heirs and assigns, **Macomb County Sheriff,** bouchard, michael j, d/b/a Michael J. Bouchard, *sheriff*, et al., heirs and assigns, **Oakland County Sheriff,** high, melvin d/b/a MELVIN C. HIGH, *sheriff*, et al., heirs and assigns **Prince George's County Sheriff ,** contee, robert j III d/b/a Robert J. Contee III *executive/chief of police* et al., heirs and assigns, **Metropolitan Police Department,** have been noticed of complainant's *special and particular political status* a private People called Moors, americas aboriginal nationals, and *Subjects of the Al Maroc Shereefian Empire*, "*but not citizen of the united states for the district of columbia, nor Citizen of the united states of america in congress assembled,*" not subject to his jurisdiction, yet has neglected to notify others, under his authority, to desist and refrain the commission of said trespasses against complainant unless complainant has done some act contrary to Equity and good conscience, and repugnant to the constitution, treaties or laws of the *united states of america in congress assembled* against a *Citizen of the united states of america in congress assembled.* Complainant(s) core private rights have been and will continue to be destroyed by presumptions. It has been in fact expressed by treaty and the laws of many of the several states since as early as 1845 that a private Moor is excepted from said statutes, codes, ordinance, prohibitions. I contend that it would be contrary, to Equity, good conscience and good reason, and the various treaties of the *Al Maroc Shereefian Empire,* and is repugnant to the constitution, treaties and laws of the *united states of america in congress assembled.* All People bound by oath to be Persons worthy of Trust who takes advantage of the trust or confidence reposed in him by another, and thereby benefits himself to the other's injury, by detaining, molesting, interrupting his ability to pass and repass, or blocking, clogging, or prohibiting complainant's private enjoyment, use, possession, and

benefit of his lands, tenements, goods and chattels, reputation, ability to labor and his senses, and is guilty of the grossest possible breach of good faith. Due to said exigent circumstances your orator is without adequate, complete, and certain remedy at law, sufficient to meet all the demands of Justice owed and due to me by virtue of my private status as a People called Moor *beneficiaries* and *Subject of the Al Maroc Shereefian Empire. (see Exhibits X)*

## Statement of the Cause 10.

The primary subject matter issue of the complainant's *speciali causa* (special cause) is for the relief against the destruction of rights born of special private fiduciary trust relations between pritzker, jay robert, d/b/a J.B. PRITZKER, *governor* et al., heirs and assigns, **Governor of Illinois**, raoul, kwame d/b/a KWAME RAOUL, *attorney general* et al., heirs and assigns, **Attorney General of Illinois**, smith, marc d d/b/a MARC D. SMITH, *director* et al., heirs and assigns, **Illinois Department of Children and Family Services,** and redfield, larrisa d/b/a LARRISA REDFIELD, *supervisor* et al., heirs and assigns, **Lutheran Social Services of Illinois,** fiduciaries, either express, resulting, constructive, or executory, including treaties, upon which he has relied for fair dealing, good faith, accurate, complete, and equitable treatment, excluding any form of casuistry. houston, skyler isaac, *an infant*, core private rights were MISTAKENLY sacrificed by his mother and father at his birth, without him being fully availed and acknowledged of his equitable defenses. houston, skyler isaac as an "implied" surety, has been imputed a serious liability for the indemnity or satisfaction of the debts of the unincorporated legal estate, SKYLER ISAAC HOUSTON and SKYLAR HOUSTON, by pritzker, jay robert, **d/b/a J.B. PRITZKER,** *governor* et al., heirs and assigns, **Governor of Illinois**, raoul, kwame d/b/a KWAME RAOUL, *attorney general* et al., heirs and assigns, **Attorney General of Illinois**, smith, marc d d/b/a MARC D. SMITH, *director* et al., heirs and assigns, **Illinois Department of Children and Family Services,** and redfield, larrisa d/b/a LARRISA REDFIELD, *supervisor* et al., heirs and assigns, **Lutheran Social Services of Illinois,** fiduciaries. .houston, skyler isaac *Moor grantee, cestui que*

*heir* has been subjected to a Legal mode of Proceedings by pritzker, jay robert**,** d/b/a J.B. PRITZKER, *governor* et al., heirs and assigns, **Governor of Illinois**, raoul, kwame d/b/a KWAME RAOUL, *attorney general* et al., heirs and assigns, **Attorney General of Illinois**, smith, marc d d/b/a MARC D. SMITH, *director* et al., heirs and assigns, **Illinois Department of Children and Family Services,** and redfield, larrisa d/b/a LARRISA REDFIELD, *supervisor* et al., heirs and assigns, **Lutheran Social Services of Illinois,** fiduciaries, without the private treaty protections of the *Treaty of Marrakech 1787 ARTICLE XXI,* the *Treaty of Algiers 1795 ARTICLE XV., the Treaty of Tunis* 1797 *ARTICLE XVIII.,* the *Treaty of Tunis 1824 ARTICLE XII.,* a*nd the Treaty of Marrakech 1836 ARTICLE XXI.,* as well as the *1789 constitution for the united states of america,* under the rules of Chancery which he is are entitled to, by way of his special and particular political status and equitable rights to the same said Estate as the sole exclusive heir and beneficiary, by maxims "*only God can create an heir,*" "*the heir and his ancestor are one and the same person,*" and "*Equity regards the beneficiary as the true owner.*"

Your orator walks in the shoes of his ancestors, and as *heir* and *beneficiary,* he is maternal grandfather of (*parens patriae)* and next friend, for houston skyler isaac, *beneficiary* of the unincorporated legal estate(s) SKYLER ISAAC HOUSTON and SKYLAR HOUSTON. Your orator gave him his name. Your orator redeems him and has a just right to claim him (*propria vigore)* on his own authority, He Is Mine. He is born through promise. He is a child of the Most High (*El*). This bill is filed for his benefit and all my known/unknown *heir/beneficiaries* that have an interest under the decree. I am clothed with proprietary rights over houston, skyler isaac unincorporated legal estate names SKYLER ISAAC HOUSTON and SKYLAR HOUSTON.

I DECLARE, I am his *Moor grantee/grantor/guardian,* for good reason, the government of the place shall have nothing to do therewith, said estate(s). *(Gal 4) (Treaty of Tunis* 1797 *ARTICLE IXX.)* If anyone DENIES, I DEMAND they:

- **Show "good" cause** why I "do not" hold prior, superior, equitable to houston, skyler isaac, *beneficiary,* or legal title to the unincorporated legal estate(s) SKYLER ISAAC HOUSTON, and SKYLAR HOUSTON, and that it's "not" a sacred trust.
- **Show "good" cause** why any presumed administration of houston, skyler isaac, beneficiary of the unincorporated legal estate(s) SKYLER ISAAC HOUSTON and SKYLAR HOUSTON estate is "not" absolute void, and as *Moor grantee/grantor/beneficiary/guardian,* your orator "is not" entitled, by due particularity, a full accounting list of real, personal, and equitable assets and debts due to his estate.
- **Show "good" cause** why I "cannot" have houston, skyler isaac, beneficiary of the registered organization names SKYLER ISAAC HOUSTON and SKYLAR HOUSTON estate be restored to me, and why I "cannot" recover the body, the name, the sum of all their attachments, all rents, credits emitted, monies borrowed, lands, assets, acquisitions, proceeds, and profits of the estate during such time as I was deprived thereof, with lawful interest, due to him.

### Statement of the Cause 11.

The primary subject matter issue of the complainant's *speciali causa* (special cause) is for the relief against the destruction of rights born of special private fiduciary trust relations between the parties, either express, resulting, constructive, or executory, including treaties, upon which he has relied for reciprocity, good faith, accurate, complete, and equitable treatment, by fiduciary/defendant(s), including, but not limited to, fiduciary/defendant(s) wittenberg, robert s d/b/a ROBERT S. WITTENBERG, *oakland county treasurer,* et al., **Oakland County Treasurer** as brown, lisa d/b/a LISA BROWN *clerk/register of deeds* et al., heirs and assigns, **Oakland County**, bouchard, michael j, d/b/a Michael J. Bouchard, *sheriff* et al., heirs and assigns, **Oakland County Sheriff Office**, trustee(s), shepherd, charles m d/b/a CHARLES M. SHEPHERD, *sole member*, et al., heirs and assigns, **SHEPHERD PROPERTIES, LLC.,** Subrogor/fiduciary, and all others of a similar class, who have neither **Affirmed nor Denied** private fiduciary trust relations with complainant. Your orator DECLARED (by affidavit), that he is the head of a family, in his proper person, in his own right, who has attained the *Age of Majority,* who have filed her/his *bona fide*

Declaration of Intention to be private People called Moors, americas aboriginal virginian and illinoisan nationals, and *Subjects of the Al Maroc Shereefian Empire*, "*but not citizen of the united states for the district of columbia, nor citizen of the united states of america in congress assembled*," respectively, with the supreme, superior, district or circuit court of some one of the states, or the territories northwest or south of the Ohio, or circuit court of appeals, or district courts of the *united states for the district of columbia*, or the *united states of america in congress assembled*. I/we have never been convicted by a court or court martial of competent jurisdiction of committing any act of treason against, nor attempting by force to overthrow, nor bearing arms against the *united states for the district of columbia*, nor the *united states of america in congress assembled*, nor conspiring to overthrow, put down, or to destroy by force, the governments of the *united states for the district of columbia*, nor the *united states of america in congress assembled*, nor given aid and comfort to its enemies.

Your orator further, show unto your Honors that he has called upon fiduciary/defendant(s), as trustee(s), to render a specific performance extinguish any tax, obligation, reprisal, remuneration, indemnification or **debts**, to produce a full accounting, to exhibit and account for the funds or other property in which the complainant has an interest, and to pay over whatever may be due or belong to him or the balance due complainant on a fair accounting; concerning Account (#XXXXX2607), the unincorporated legal estate(s) "LASEAN HOUSTON and KIMBERLY D. HOUSTON." Complainant is the owner in fee simple of said real property in Oakland County, **Lat, 42.671048, Long. - 83.272267; 42°40'14" N 83°16'16" W, 42°40'13" N 83° 16'17" W; PARCEL ID: Sidwell Number 64-14-16-426-015**; T3N, R10E, SEC 16 JOSLYN GARDEN'S SUB LOT 46;

**Commonly known as:** 786 E. Columbia Ave, Pontiac, Michigan RFD; for the private enjoyment, use, possession, and benefit, of the complainant. and to release any and all collateral and return all

remaining trust *res*, to complainant. That on March 01,2021 was presumed to be forfeited to fiduciary/defendant(s), wittenberg, robert s d/b/a ROBERT S. WITTENBERG, *oakland county treasurer*, et al., **Oakland County Treasurer** as brown, lisa d/b/a LISA BROWN *clerk/register of deeds* et al., heirs and assigns, **Oakland County**, bouchard, michael j, d/b/a Michael J. Bouchard, *sheriff* et al., heirs and assigns, **Oakland County Sheriff Office**, as trustee(s), shepherd, charles m d/b/a CHARLES M. SHEPHERD, *sole member*, et al., heirs and assigns, **SHEPHERD PROPERTIES, LLC.,** Subrogor/fiduciary, for nonpayment of property taxes or SHERIFF DEED ON MORTGAGE FORCLOSURE. Complainant(s) noticed fiduciary/ defendant(s), as trustee(s), of his special and particular political status and his claim of all right title and interest to all abandoned funds, attachments, deposits, issues, interest, credits emitted, monies borrowed, lands, assets, rents, derivatives, profits, proceeds, and all else that was intended for me by my ancestors derived from the above-described property. Complainant(s) noticed fiduciary/defendant(s), that complainant(s) are without notice of any other *bona fide* purchaser for value or adverse claimant, either by nature or characteristic, legal or equitable rights of same. Complainant(s) believe no such adverse claim exists. Complainant(s)  have tendered to the fiduciary/defendant(s), on special deposit, the sum total of (2) silver certificates (#B97255605H and #D77296182A) and three thousand one hundred thirty-nine dollars (USD), as valuable and sufficient consideration, (under legal compulsion) to protect my good name, and private property. Fiduciary/defendant(s) wittenberg, robert s d/b/a ROBERT S. WITTENBERG, *oakland county treasurer*, et al., **Oakland County Treasurer** as brown, lisa d/b/a LISA BROWN *clerk/register of deeds* et al., heirs and assigns, **Oakland County**, bouchard, michael j, d/b/a Michael J. Bouchard, *sheriff* et al., heirs and assigns, **Oakland County Sheriff Office,** continued to proceed with SHERIFF DEED ON MORTGAGE FORCLOSURE of said property although she/he were given actual notice that complainant(s) claim her/his rights and property protected by treaties.

The premises considered complainant demands that fiduciary/defendant(s);

1. **Show "good" cause why** complainant did not hold superior equitable or legal title to said property, and that it's not a trust;

2. **Show the consideration you gave to complainant,** for all the consideration that complainant gave, including complainant granting his signature, an equitable asset, for consideration, and that it was equitable;

3. **Show "good" cause why** the utmost good faith "shall not" always be observed towards Complainant(s) as a People called Moors/Indians; their lands and property shall ever be taken from them without their consent; and; their property, rights, and liberty, shall ever be invaded or disturbed, unless in just and lawful war authorized by Congress; and laws founded in justice and humanity, shall "not" from time to time be made for preventing wrongs being done to them, and for preserving peace and friendship with them.

4. That subpoena to answer issue;

5. The complainant's right to redeem said real property be declared and enforced not subject to tax or duty whatever, and the title, use, possession, and benefit, and private enjoyment thereof be restored to him as fully as though no foreclosure had never been made;

6. That fiduciary/defendant(s) be compelled to give a full accounting for the rents, profits, and proceeds of said real property while in his possession or under his control, and that a reference to the Master be had to ascertain the amount due complainant;

7. That the complainants have such further and other relief in the premises as may be just and equitable;

## Statement of the Cause 12.

The primary subject matter issue of the complainant 's *speciali causa* (special cause) is for the relief against the destruction of complainant's rights born of trespasses upon the stipulations of treaties including, but not limited to:

1. Detaining, molesting, interrupting his ability to pass and repass or otherwise impeding complainant's free ingress and regress to and from;

2. Blocking, clogging, or prohibiting complainant's private enjoyment, use, possession, and benefit of his lands, tenements, goods and chattels, reputation, labor and senses;

3. Collecting any kind of rent, tribute, or tax from *complainant* or otherwise exercise functions of rule over him;

4. Interrupt or destroy complainant's reputation, right to goods and chattels, credits, liberties, and his labor, or "**under legal compulsion**," call upon *complainant* for indemnity or satisfaction, on behalf of another;

5. Subject complainant(s) *"under legal compulsion"* to any statutes, codes, ordinances, provisions, prohibitions, and penalties, having been heavily prejudiced by the presumption that the *complainant* was "*a citizen of the united states for the distric of columbia, or Citizen of the united states of america in congress assemble*," and subject to their laws;

6. Treating complainant(s) as a belligerent and national of a designated enemy country;

7. Subjecting complainant(s) to any future inconvenience, probable or even possible to happen by the neglect, inadvertence or culpability of another, by guarding complainant against possible or prospective injuries, and to preserve the means by which complainant's existing rights may be protected from future or contingent violations;

8. Endangering complainant(s), implied equitable surety from being injured by the creditor's delay in bringing suit, against the principal debtor;

Your orator requires your Honors and successors to declare the justice of the cause according to the true interpretation of the treaties, and to use all the means in her/his power to enforce the observance of the same; issue a ***Writ of QUAI TIMET*** (injunction)  in the foregoing bill to inhibit and restrain the said fiduciary/Defendant(s), their heirs, assigns, and agents from

continuing said act or acts complained of which are contrary to the treaties, the Constitution, the laws of the State, or in violation of their charters. This *Writ of Quia Timet* is prayed for with good conscience and good reason; it is prayed that said injunction be made perpetual on the grounds that said acts are contrary to Equity, good conscience, good reason, and are repugnant to the treaties, constitution, laws of the *united states of america in congress assembled* or in violation of their charters. Your orator requires that said fiduciary/Defendant(s), their heirs, assigns, and agents shall be so ordered to absolutely desist and refrain from the commission of said trespasses therefrom. In case of any dispute arising from a notation of any of the articles of our reciprocal treaties, no appeal shall be made to arms, nor shall war be declared on any pretext whatever.

Your orator requires, that if it be necessary, to attach an equitable lien to the company charters, surety bonds, and collaterals, of any of the fiduciary/Defendant(s), their heirs, assigns, and agents, to secure the payment of the money due complainant(s), for fraudulent concealment, any attempt to convert or appropriate said property to fiduciary/Defendant(s), own use, dispose of, destroy, or clog the ability to return the collateral to Complainant, for any breach of faith, be levied.

> *Every homestead is sacred, especially when it belonged to our ancestors, and has been long in our possession. We were made ' of its dust; our fathers and mothers sleep in its bosom; and we expect to repose by their side. Our dearest memories cluster about it; it was our father's kingdom, and the home of our youth where we were princes. To sell it away from us is like a sacrilege, and to turn us out of possession is like driving us out of our Eden and forcing us forever from our holy land. And all this is true, whether the home be a cabin on a mountain side, a cottage in a valley, or a palatial mansion in the midst of a princely estate; for home is home, and there is no place on earth so dear to the human heart, be that home humble, or be it grand; for, after all, it is our home. Fortunately for the unfortunate, the homestead laws, like the Cherubim of Eden, protect the home in very many cases. (Henry R. Gibson, Chancellor)*

*The acquisition of the property or taking other advantage of a person by the betrayal of his confidence, such an act is a sort of treason against good faith and shocks the conscience of all mankind. (Henry R. Gibson Chancellor)*

Your orator DECLARES that he is the head of a family, in his proper person, in his own right, who has attained the *Age of Majority,* who have filed her/his *bona fide* Declaration of Intention to be private People called Moors, americas aboriginal virginian and illinoisan nationals, and *Subjects of the Al Maroc Shereefian Empire*, "*but not citizen of the united states for the district of columbia, nor citizen of the united states of america in congress assembled,*" respectively, with the supreme, superior, district or circuit court of some one of the states, or the territories northwest or south of the Ohio, or circuit court of appeals, or district courts of the *united states for the district of columbia*, or the *united states of america in congress assembled*. I/we have never been convicted by a court or court martial of competent jurisdiction of committing any act of treason against, nor attempting by force to overthrow, nor bearing arms against the *united states for the district of columbia*, nor the *united states of america in congress assembled*, nor conspiring to overthrow, put down, or to destroy by force, the governments of the *united states for the district of columbia*, nor the *united states of america in congress assembled*, nor given aid and comfort to its enemies.

This is the first application for an injunction in this cause.

*Maxim: A Judge ought always to have Equity before his eyes*

## Notice of the Conflict and Variance of law

The remedies sought are of a purely equitable nature, and the complainant elects to apply for equitable relief and notices that it is established principle that *"when there is a conflict between the rules of law and the rules of equity, over the same subject matter, the rules of equity shall prevail."* Further, the complainant states that no adequate, sufficient, or speedy remedy at law can provide complete justice. Your orator therefore attaches a "Table of Authorities" that are based

upon well-established inherent principles and equity jurisprudence. The maxims in support of your orator's special causes attached herewith by reference and attached hereto in Table of Authorities. Further the complainant does notice that this cause is in accordance with the soul, intent and purpose of the rules of the supreme court of the united states "former rules" number 48, and that the fiduciary/Defendant(s) are believed to be governed exclusively in accordance with the intent of Rule 47 of same. *Stand by what has been decided, and do not disturb what is settled.*

Respondents have been regularly served with subpoena to answer the complainant's bill, and have been regularly brought before the Court and made party to complainant's bill, by publication duly made, and that all the particular Respondents, as representatives of the numerous class to which they belong, have failed to appear and make defense to said bill, within the time required by law;

### Conclusion

In conclusion Complainants have entered affirmatively into the record, proper evidence of such default, this cause coming on to be further and finally heard upon the bill, the judgment *pro confesso*, heretofore taken and entered against all the particular defendants, as representatives of the numerous class to which they belong, and upon the answers of the other defendants and the proof in the cause. The complainant elects to take the whole bill for confessed.

Complainant(s) have, *in perpetuam rei memoriam* (in perpetual memory of the matter, by undisputed affidavit), as a People called Moors and *Subjects of the Al Maroc Shereefian Empire*, sue for violations of the law of nations or a treaty of the United States, for which the district courts, shall also have cognizance, concurrent with the courts of the several States, or the circuit courts of all such cases.

Complainants contend that the circuit courts shall have original cognizance, concurrent with the courts of the several States, of all suits of a civil nature at common law or in equity, or petitioners, as a People called Moors and *Subjects of the Al Maroc Shereefian Empire*, is a party. And the circuit courts shall also have appellate jurisdiction from the district courts under the regulations and restrictions herein after provided. *(Judiciary Act of 1789 1 stat 73 §9. §11. and §19)*

Complainants have, by undisputed affidavit, ordered that, as to them, complainant's bill be taken as confessed, and the cause set for hearing *ex parte*. An allegation that the defendant has a good and valid defense, without setting it out so that the Court can judge of its merits, is *vox et praeterea nihil*. It cannot be noticed at all. "The said adverse [party] shall give such information, or otherwise not be allowed to plead such grant, or give it in evidence upon the trial, of a cause into such court by an alien; and neither party removing the cause, shall be allowed to plead or give evidence of any other title than that by him stated as aforesaid, as the ground of his claim; and the trial of issues in fact in the circuit courts shall, in all suits, except those of equity, and of admiralty, and maritime jurisdiction, be by jury." *(Judiciary Act of 1789 1 stat 73 §12. §15. and §19)*

Complainants have clearly showed that he/they have fully, and in good faith, complied with every preliminary or prerequisite to such motion, that he/they are clearly entitled to it, and the Respondents are clearly liable to be so moved against. Respondents have neither AFFIRMED or DENIED that Complainants have no interest in what is claimed; that Respondents "in fact," have an equitable right; and that it is not held in trust.

### Stare Decisis et Non Quieta Movere

(Stand by What Has Been Decided, and Do Not Disturb What Is Settled)

*expressio unius persona vel rei est exclusio alterius.*

(The express mention of one person or thing in a written instrument is equivalent to the express exclusion of all other persons or things)

## <u>Requires Special and General Relief</u>

It is proper to state that the protection of aboriginal Moors by this Government rests upon its treaty with the *Al Maroc Shereefian Empire* 1836 and is redeclared in 1880 Madrid based on the *British* and *Spanish* treaties and on the convention of 1863 between *France* and the *Al Maroc Shereefian Empire*. Wherefore the foregoing, your orator therefor requires that this honorable court issue a decree for Complainant's special request for Declaratory Relief of the rights, duties, powers, privileges and immunities between the parties which is operative and binding upon all the parties to the suit, whether they be natural or artificial persons, and whether under disability or not." Your orator requires:

a. Decree that complainant houston, lasean dejong *Moor beneficiary*, be declared the sole exclusive heir and beneficiary to the same subject matter the Names and Estates including, but not limited to, "LASEAN DEJONG HOUSTON," establishing my equitable rights, powers and relation to said estate; to the private enjoyment, use, possession, and benefit of all property attachments including, but not limited to, all rents, credits emitted, monies borrowed, assets, lands, acquisitions, proceeds, profits, houses, goods and chattels, rights and credits, his person, his wife and minor offspring, his right to work and trade, to sell and acquire property, to engage in lawful business without restriction, to pass and repass among the Christians and Jews, being perfectly secure in his person and property, and his and their reputation, health and capacity to labor;

b. Decree that the complainant be restored all assets including, but not limited to, credits emitted, monies borrowed, rents, assets, lands, proceeds, titles, interests, issues,

derivatives, derivations, equitable lien attachments and collaterals, be accounted for, and other rights he sues for, or right, title or interest that he is entitled to claim.

c. Decree that the complainant, houston, lasean dejong, is "in fact" a private Moor, americas aboriginal illinoisan national, and Subject of the *Al Maroc Shereefian Empire, "but not a citizen of the united states for the district of columbia, nor a Citizen of the united states of america in congress assembled in congress assembled;"* and that he shall be treated as friendly, *amicus curiae*, respected, esteemed and as that of the **most favored Nation;** and that due process and equal Justice shall be rendered towards him in all disputes;

d. Decree that the complainant, houston, lasean dejong, shall have protection of all rights to subrogation of the equitable surety involving the subject matter obligation/debts;

e. Decree that the complainant, houston, lasean dejong, shall be Exonerated from all liability as secondarily liable to the Estate; and shall **"not"** be called upon for indemnity or satisfaction of debts on behalf of another;

f. Decree a special evidentiary hearing with the special clerk and master to present private proprietary confidential evidence in support (proposed Order attached herewith);

g. Decree any other General and Special Relief, with particularity, **"and that your orator may have such further and other relief in the premises as the nature of his case shall require and as to your judgeship shall deem** just. Your orator requires your Honors issue a decree declaring complainant houston, lasean dejong and davenport, romaine kritini, to be the *Heir* and *Sole Beneficiaries* of said estate(s). Further, if said estate(s) is insolvent, then she/he shall endeavor to make it solvent as a contributing heir subrogee; if there are any encumbrances or collateral relations impeding the administration or execution of said estate, she/he shall also consider exercising the right to redeem said collateral in declaring a deed absolute to be an equitable mortgage in

her/his favor, in order to extinguish all encumbrances and merge and extinguish any of the corresponding debts or mortgages, as the situation may require.

h.   Your orator requires your Honors issue a decree *a pro confesso* for all defendant(s) as an admission of all the facts and allegations stated in the bill, and the proof and proper evidence that the said defendant(s) have been regularly served by actual notice duly made, and all defendant(s) having failed to appear to make any defense being deemed prima facie evidence that he/she has no defense to make, on the contrary, he/she admits the material allegations of the bill to be true; that the matters of account in controversy be and are referred to the Clerk and Master to take and state an account between the complainant and defendant(s) concerning all transactions relating to or growing out of the same. The Master shall compel the production of all such books, papers, documents and other writings as may be in the possession or power of the parties, or either of them, he shall think proper to be produced before him in taking such account. The Master shall require each party, restore to complainant(s) all credits emitted, monies borrowed, rents, assets, lands, proceeds, issues, derivatives, derivations, collaterals, and produce and file with the Master said account as to show the balance which either party may owe the complainant(s), and he will report hereon to the next term of the Court, until which time all other matters are reserved. The Master shall have liberty to state any special circumstances.

i.   Decree that your orator shall be acknowledged as *Moor grantee/grantor/beneficiary/ guardian* for and on behalf of houston, skyler isaac, *beneficiary* of the unincorporated legal estate(s) SKYLER ISAAC HOUSTON, and that the body, the name, the sum of all their attachments, all rents, credits emitted, monies borrowed, lands, assets, acquisitions, proceeds, and profits of the estate during such time as your orator was deprived thereof, with lawful interest, due to houston, skyler isaac, *beneficiary,* be restored to your orator.

j.   Decree that all People bound by oath to be Person worthy of Trust, shall render upon
     request by the complainant(s), the specific performance, to produce an annual a full
     accounting and non-commingled, of all real, personal, and equitable assets and debts due
     to complainant estate(s) during such time as he was deprived; and that a fiduciary be
     appointed for each life estate in those assets; the Trustee(s) of the private trust established
     settle and close this matter; and release any and all collateral, and return all remaining
     trust *res*, by *reconversion* of said "Trust Account(s)" interest, in USD species, to
     complainant(s) houston, lasean dejong and davenport, romaine kritini, *Moor heir/
     beneficiary*; extinguish all state, local, tax, obligation, reprisal, remuneration,
     indemnification, or debts, if any; exhibit and account for the funds or other property in
     which the complainant has an interest, and to pay over whatever may be due or belong to
     him, or the balance due complainant on a fair accounting to be held by this Honorable
     Court on Special Deposit;

k.   Decree that the complainant houston, lasean dejong, and davenport, romaine kritini, *Moor
     heir/beneficiary* each shall have the right to claim, as *grantee ablsolute,* 1863 acres of
     land, of her/his own choosing, including but not limited to, air rights, water rights, or
     surface or subsurface rights to lands, held in trust by haaland, debra anne d/b/a DEBRA
     ANNE HAALAND, *secretary of the interior* et al., heirs and assigns, **Department of the
     Interior of the United States, trustee(s),** for *Moor aborigine descendants*; said land
     shall be set aside and recorded in the name(s) of the SEAN HOUSTON-*EL*
     FOUNDATION TRUST and ROMAINE KRITINI DAVENPORT TRUST,
     respectively, for the private enjoyment, use, possession, and benefit, at that time and
     forever for the named houston, lasean dejong, and davenport, romaine kritini, her/his
     *heirs and beneficiaries.* Said claim of lands, any interest in lands, air rights, water

rights, or surface or subsurface rights to lands, including this trust or otherwise restricted allotments and rights, SHALL NOT BE TAXED, and SHALL BE SUBJECT TO NO OTHER TRUST, existing building and use restrictions, easements and zoning ordinances of record, governing body or political subdivision, whether federal,

State or local, if any, outside the exclusive equitable jurisdiction, and shall never be taken from them without their consent; and, their property, rights, and liberty, shall never be invaded or disturbed, WHATSOEVER, unless in just and lawful wars authorized by Congress;

l.  That any cloud be removed from any real, personal, equitable assets, or named estate(s) or the title be divested and vested, that complainant makes equitable claim to; and a permanent equitable estopple be granted against any and all non-bona fide parties.

m.  That perpetual Injunctive relief shall issue against all classes of fiduciary/Defendant(s), including but not limited, all executive, legislative, or judicial officers, and fiduciaries, whether implied or expressed, both of the *united states of america* and of the several states who are subject to their treaties and constitutions, shall acknowledge the complainant's special and particular political status"; and the complainant(s) shall "not" be treated as a national of a designated enemy country, or made subject to the Trading with the Enemy Act of 1933, nor the Emergency War Power Act or any other act that is repugnant to the treaties; and that complainant(s) shall be excepted from any act, law, statute, ordinance, regulation, or prohibition that is in any way repugnant to the treaties between the *Citizens of the United States of North America* and the *Subjects of the Al Maroc Shereefian Empire;*

n.  Injunctive relief to prevent defendants(s) from using the Courts of law to obtain or enforce any judgements contrary to Equity, good conscience and good reason.

Where, in any said plaintiff has an unfair advantage at law, whereby he may make the Court of law an instrument of injustice;

o. Injunctive relief be granted to perpetually inhibited fiduciary/Defendant(s), from the assertion of any presumed right, and perpetually restrained fiduciary/Defendant(s), from the commission of an act which would be contrary to Equity, good conscience, and good reason, the treaties, constitution, laws of the *united states of america in congress assembled* or in violation of their charters;

p. Injunctive relief to be granted on behalf of an "implied equitable surety," to enjoin any suit at law by creditor(s) whenever the creditor delays to sue after notice or demand;

q. Injunctive relief be granted to perpetually inhibit fiduciary/Defendant(s), or any other People bound by oath to be Person worthy of Trust, from the asserting of any form of unlawful detainment, molestation, forced medical treatment, vaccinations, or forced use of protective apparel or any differentiating mark or sign to be placed upon your orator or anyone of his heirs/beneficiaries, without their expressed written consent, they all shall be exempt from being visited or quarantined, under any pretense whatever, by any People bound by oath to be Person worthy of Trust. Any fiduciary/Defendant(s), their heirs and assigns, in violation of said injunction shall have an equitable lien attached to their company charters, surety bonds, and collaterals, for any breach of faith, if any equitable grounds for attachment exist, state it.

r. The complainant's right to redeem said real property be declared and enforced not subject to tax or duty whatever, and the title, use, possession, and benefit, and private enjoyment thereof be restored to her/him as fully as though no foreclosure had never been made;

s. That fiduciary/defendant(s) be compelled to give a full accounting for the rents, profits, and proceeds of said real property while in her/his possession or under his control, and that a reference to the Master be had to ascertain the amount due complainant(s);

t. That all other matters are reserved, and either party is to be at liberty to apply to the Court as occasion may require; and that the complainant(s) have such other relief as she/he prays for, and may be entitled to, and that the proper final process shall issue;

That this relief has been granted on proper grounds and in keeping with good reason and good conscience.

**Further Affiant Sayeth Naught.**

Performed in proper person, in his own right, who has attained the Age of Majority with *manifest special intent and purpose,* freewill act and Deed:

*I DECLARE,* under penalty of perjury under the laws of virginia, michigan and the united states of america that I am familiar with all the material matters stated in the foregoing bill, and have actual knowledge thereof, and that the forgoing is true and correct.

Executed: _13ᵈ December_,20 _22_.

By: _houston, lasean dejong_

**houston, lasean dejong,** *grantee/beneficiary*
a private Moor americas aboriginal illinoisan national,
*but not citizen of the united states for the district of columbia,*
*nor Citizen of the united states of america in congress assembled."*
**SPECIAL DEPOSIT, PRIVATE, PRIORITY**

*locus sigilli*

# JURAT

__Michigan state)__

__Oakland county)__


*I HEREBY DECLARE* that on this day before me an officer duly sworn, appeared

*houston, lasean dejong, Moor grantee/grantor/heir/beneficiary*, in *Propria Persona Sui Juris*

*majoris aetatis suae* (in proper person, in his own right who has attained Age of Majority) and

proved to me upon satisfactory evidence, executed by the same as his manifest special intent and

purpose.

*DECLARED* before me in the County and State aforesaid this *13th* day of *December*, 20 *22*.

*WITNESS* my hand and official seal.


_____
PRINT

_____
NOTARY

*locus sigilli* (seal)

```
M PETRUZZELLI
Notary Public – State of Michigan
County of Macomb
My Commission Expires Jan 11, 2024
Acting in the County of _____
```

## PROOF OF TENDER OF CONSIDERATION

**United States Postal Money Order (four hundred two dollars USD)**

========================================

#27631270721

========================================

--------------------------------------------------------------------------------

*(clerk sign and stamp copy for receipt to be returned to applicant)*

### Issuance of Receipt by Clerk of Court

FOR LAWFUL, VALUBLE, AND SUFFICIENT CONSIDERATION delivered, on special deposit,

via Priority Mail _____, a **United States Postal Money Order** for **the sum total of**

four hundred two dollars (USD), privately **RF125594909US.702 Trust,** tendered by houston, lasean dejong,

*Moor grantee/beneficiary* to essix, kinikia denise d/b/a Kinikia D. Essix, *clerk of court/court administrator*

et al., heirs and assigns, **district court of the united states, eastern district of Michigan, trustee(s),**

the receipt of which is acknowledged by the undersigned for an application entitled **"Bill in Equity" to**

**exclude all other jurisdicitons,"** filed at the **district court of the united states, eastern district of Michigan,**

tendered as consideration for the appointment of the court and executed  *13ᵗʰ December* , 2022

as the manifest special intent and purpose of houston, lasean dejong, *Moor grantee/beneficiary*

petitioner/complainant.

**Please return copy to:**

houston, lasean dejong *Moor grantee/beneficiary*
c/o 3079 S Baldwin Rd 1006
Orion, Michigan RFD near [48359]
*Al Maroc Shereefian Empire*

*PROOF OF CONSIDERATION*                                            Page 1 of 3

Performed in proper person, in his own right, who has attained the Age of Majority with *manifest special intent and purpose,* freewill act and Deed:

***I DECLARE,*** under penalty of perjury under the laws of virginia, michigan, and the united states of america that I am familiar with all the material matters stated in the foregoing bill, and have actual knowledge thereof, and that the forgoing is true and correct.  Executed: ___*13ᵗʰ December,* 20 22___

By: _____

**houston, lasean dejong,** *grantee/beneficiary*
a private Moor americas aboriginal illinoisan national,
*"but not citizen of the united states for the district of columbia,
nor a Citizen of the united states of america in congress assembled."*
**SPECIAL DEPOSIT, PRIVATE, PRIORITY**

*locus sigilli (seal)*

## JURAT

__Michigan state)__

__Oakland county)__

***I HEREBY DECLARE*** that on this day before me an officer duly sworn, appeared
*houston, lasean dejong, Moor grantee/beneficiary, in Propria Persona Sui Juris majoris aetatis suae*
(in proper person, in his own right, who has attained Age of Majority) and proved to me upon satisfactory evidence, executed by the same as his manifest special intent and purpose.

***DECLARED*** *before me in the County and State aforesaid this* 13ᵗʰ *day of* December 20 22

*WITNESS my hand and official seal.*

_____       _____
PRINT                                                    NOTARY

M PETRUZZELLI
Notary Public – State of Michigan
County of Macomb
My Commission Expires Jan 11, 2024.
Acting in the County of _____

*locus sigilli (seal)*

***PROOF OF CONSIDERATION***                                          Page 2 of 3

**PROOF OF SERVICE**

The undersigned certifies that the forgoing instrument was served upon all

parties to the above cause to each of the attorneys of record herein on

_13th December 2022_

The parties were served via:

X   U.S. Post Office Mail      ___   Facsimile

___   Hand Delivery      ___   UPS

___   Federal Express      ___   Other

___   E-File      ___   Email

By:_____ ; Moor beneficiary

## COVERLETTER TO SPECIAL CLERK AND MASTER

The Honorable Clerk and Master

district court of the united states

for eastern district of Michigan

Detroit, Michigan

united states of america

Greetings clerk and master,

The suit included herewith is a ***speciali causa*** (special cause), relating to evidence and documents Special Deposited, including, but not limited to, Bill in Equity, and Proof of Consideration, United States Postal Money Order for the sum total of four hundred two dollars (USD), as consideration for the appointment of the court, to be affirmatively into the record. The clerk will set this cause down for final hearing upon bill and exhibits, process and service, the answer of the defendants, and exhibits, and the proofs and the previous proceedings in the cause; or upon bill and answer. I request the following special requirements by this honorable court be met in order to protect and preserve the ends of justice and the rights and interests of the parties to this suit:

1. grant suitor leave of the court to enter into the exclusive original jurisdiction of equity
2. seal the cause on the register in chancery
3. comment suit and proceed, *ex parte*
4. assign judge under authority of the *1786 treaty of Marrakech, article XX., 1836 treaty of Marrakech, article XX,* and the *constitution for the united states of america in congress assembled, article III §2, §§ I.*
5. require that process be initiated in the form of this court's *subpoena*

The suit shall be specially deposited on the record to include herewith as follows: 1) motion for leave of the court to enter into the original exclusive jurisdiction of this court, *ex parte,* 2) Bill in Equity 3) and Proof of Consideration.

Please contact me if I may be of any help to you or your staff. your prompt attention in this matter is greatly appreciated and I thank you in advance for your service in this cause.

Prepared By: _houston, lasean dejong_

houston, lasean dejong, Moor grantee suitor
c/o 3079 s baldwin road 1006
orion, michigan rfd
(248)981-5175
shouston48342@yahoo.com
Al Maroc Shereefian Empire

(seal)

## PROOF OF SERVICE

The undersigned certifies that the forgoing instrument was served upon all parties to the above cause to each of the attorneys of record herein on

_13th December 2022_

The parties were served via:

X U.S. Post Office Mail          ___ Facsimile

___ Hand Delivery                ___ UPS

___ Federal Express              ___ Other

___ E-File                       ___ Email

By: _houston, lasean dejong_          ;Moor beneficiary

