UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

SEAN HOUSTON, et al.,

           Plaintiff(s),          Case No. 22-13036

v.                                  Honorable George Caram Steeh

US DEPARTMENT OF JUSTICE, et al.,     Magistrate Judge Jonathan J.C. Grey

           Defendant(s).
_____/

**ORDER REGARDING REASSIGNMENT OF COMPANION CASE**

     This case appears to be a companion case to Case No. __21-11888__. Pursuant to E.D. Mich LR 83.11, the Clerk is directed to reassign this case to the docket of the Honorable _Stephen J. Murphy, III_ and Magistrate Judge _Anthony P. Patti_.

                                           s/George Caram Steeh
                                           George Caram Steeh
                                           United States District Judge

                                           s/Stephen J. Murphy, III
                                           Stephen J. Murphy, III
                                           United States District Judge

     Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers. Case type: _CIVIL_

     If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.

Date: 1/4/2023                                   s/ S Schoenherr
                                                 Deputy Clerk

cc:    Parties and/or counsel of record
        Honorable Stephen J. Murphy, III